# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                              §
                                                    §
AMADEI, GINA M.                                     §          Case No. 10-12855 PSH
AMADEI, ANTHONY J                                   §
                                                    §
                        Debtor(s)                   §
                                                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $             , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: | 10-12855   Judge: PAMELA S. HOLLIS |
| Case Name: | AMADEI, GINA M. |
| | AMADEI, ANTHONY J |
| For Period Ending: | 06/09/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/24/10 (f) |
| 341(a) Meeting Date: | 05/21/10 |
| Claims Bar Date: | 10/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Debit Card from Tax Refund | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Landlord security | 0.00 | 1,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Household furniture, goods and appliances | 1,100.00 | 1,100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Clothing | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 1998 Dodge Durango | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Hot Tub | 0.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Personal Injury Claim (u) | 34,000.00 | 475,000.00 | | 475,000.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $38,650.00 | $482,150.00 | | $475,000.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 11:41 am:  The TFR has been submitted to and reviewed by the U.S. Trustee's office in Madison, WI.  I am attempting to resolve the reviewer's objections.

TFR submitted to the U.S. Trustee's Office for review on 3/31/15.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 10-12855 | Judge: PAMELA S. HOLLIS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | AMADEI, GINA M. | | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | AMADEI, ANTHONY J | | 341(a) Meeting Date: | 05/21/10 |
| | | | Claims Bar Date: | 10/16/13 |

RE PROP# 8---Hidden Asset discovered during the course of state court litigaiton

Initial Projected Date of Final Report (TFR): 03/01/15        Current Projected Date of Final Report (TFR): 05/15/15

/s/    RONALD R. PETERSON
_____ Date: 06/09/15
     RONALD R. PETERSON

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-12855 -PSH | |
| Case Name: | AMADEI, GINA M. | |
| | AMADEI, ANTHONY J | |
| Taxpayer ID No: | *******6924 | |
| For Period Ending: | 06/09/15 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8737 Checking Account (Non-Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/14 | 8 | Gallagher Bassett Services, Inc<br>For waste Managaement | Tort Settlement | 1242-000 | 475,000.00 | | 475,000.00 |
| 11/20/14 | 030001 | Duncan Law Group | Satsifaction of Attorney's Lien | 3210-000 | | 158,333.33 | 316,666.67 |
| 11/20/14 | 030002 | Duncan Law Group | Attorney's Lien | 3220-000 | | 8,019.18 | 308,647.49 |
| 11/20/14 | 030003 | Ill. Dept. of Healthcare<br>& Family Services<br>ATTNN: Anthony Graham<br>Bureau of Collection s<br>401 S. Clinton, 5th Floor<br>Chciago, Il. 60607-3800 | Non Consensual  Medicaid Lien | 4220-000 | | 10,000.00 | 298,647.49 |
| 11/20/14 | 030004 | Department of Health & Human Services<br>Centers for Medicare & Medicaid Services<br>233 Michiaagn Avenue<br>Suite 600<br>Chicago, Il 60601-5519 | Non consenual Medicare Lien | 4220-000 | | 8,581.83 | 290,065.66 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 362.08 | 289,703.58 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 446.77 | 289,256.81 |
| 01/27/15 | 030005 | Gina M and Anthony J Amadei | Exemption for PI Settlement<br>Suit was for Anthony's injuries and Gina's loss of consortium | 8100-002 | | 30,000.00 | 259,256.81 |
| | | | Page Subtotals | | 475,000.00 | 215,743.19 | |

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-12855 -PSH | |
| Case Name: | AMADEI, GINA M. | |
| | AMADEI, ANTHONY J | |
| Taxpayer ID No: | *******6924 | |
| For Period Ending: | 06/09/15 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8737  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 432.54 | 258,824.27 |
| 06/04/15 | | BACK TO DEBTOR ADJUSTMENT | BACK TO DEBTOR ADJUSTMENT | 8200-000 | | | 258,824.27 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 475,000.00 | 216,175.73 | 258,824.27 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 475,000.00 | 216,175.73 | |
| Less:  Payments to Debtors | | 30,000.00 | |
| Net | 475,000.00 | 186,175.73 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8737 | 475,000.00 | 186,175.73 | 258,824.27 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 475,000.00 | 186,175.73 | 258,824.27 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 09, 2015 |

Case Number: 10-12855
Debtor Name: AMADEI, GINA M.
Claims Bar Date: 10/16/13

Claim Class, Priority Sequence

Joint Debtor: AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000102 001 3110-00 | JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $74,246.50 | $74,246.50 |
| 000103 001 3120-00 | JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $510.61 | $510.61 |
| 000105 001 2100-00 | RONALD R. PETERSON, TRUSTEE C/O JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $21,342.14 | $21,342.14 |
| 000106 001 2200-00 | RONALD R. PETERSON, TRUSTEE C/O JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $231.76 | $231.76 |
| 000003 051 5100-00 | Charles Kuslolek & Lindsay Parkhurst The Law Offices of Lindsay A. Parkhurst, P.C. 1 Dearborn Square, Suite 320 Kankakee, IL 60901 | Priority | Filed 07/22/13 | $0.00 | $5,663.27 | $5,663.27 |
| 000001 070 7100-00 | Commonwealth Edison Company 3 Lincoln Center, 4th Floor Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Unsecured | Filed 07/08/10 | $0.00 | $2,824.31 | $2,824.31 |
| 000002 070 7100-00 | Atlas Acquisitions LLC (CREDIT ONE BANK,N.A.) 294 Union St. Hackensack, NJ 07601 | Unsecured | Filed 07/21/13 | $0.00 | $374.95 | $374.95 |
| 000004 070 7100-90 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Unsecured | Filed 08/08/13 | $0.00 | $1,091.31 | $1,091.31 |
| 000005 070 7100-00 | The Women's Group of Northwestern c/o Certified Services Inc PO Box 177 Waukegan, IL 60079 | Unsecured | Filed 09/30/13 | $0.00 | $959.20 | $959.20 |
| 000006 070 7100-00 | Nicor Gas Po box 549 Aurora il 60507 | Unsecured | Filed 10/10/13 | $0.00 | $2,671.15 | $2,671.15 |
| 000007 080 7200-00 | Aaron's Sales & Lease Ownership 1015 Cobb Place Blvd. Kennesaw, GA 30144 | Unsecured | Filed 11/06/13 | $0.00 | $529.00 | $529.00 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 2

Date: June 09, 2015

Case Number:   10-12855

Debtor Name:   AMADEI, GINA M.

Claims Bar Date: 10/16/13

Claim Class, Priority Sequence

Joint Debtor:  AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>080<br>7200-00 | Advocate Christ Medical Center<br>P.O. Box 70508<br>Chicago, IL 60673-0508 | Unsecured | Filed 11/06/13 | $0.00 | $820.80 | $820.80 |
| 000009<br>080<br>7200-00 | Advocate Medical Group<br>75 Remittance Drive, Suite 1019<br>Chicago, IL 60675-1019 | Unsecured | Filed 11/06/13 | $0.00 | $210.00 | $210.00 |
| 000010<br>080<br>7200-00 | Allied Interstate Collection Agency<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 | Unsecured | Filed 11/06/13 | $0.00 | $805.00 | $805.00 |
| 000011<br>080<br>7200-00 | Allied Interstate Collection Agency<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 | Unsecured | Filed 11/06/13 | $0.00 | $907.99 | $907.99 |
| 000012<br>080<br>7200-00 | Americas Recovery Network<br>P.O. Box 176610<br>Covington, KY 41017-6610 | Unsecured | Filed 11/06/13 | $0.00 | $229.00 | $229.00 |
| 000013<br>080<br>7200-00 | Americas Recovery Network<br>P.O. Box 176610<br>Covington, KY 41017-6610 | Unsecured | Filed 11/06/13 | $0.00 | $174.00 | $174.00 |
| 000014<br>080<br>7200-00 | Americas Recovery Network<br>P.O. Box 176610<br>Covington, KY 41017-6610 | Unsecured | Filed 11/06/13 | $0.00 | $98.00 | $98.00 |
| 000015<br>080<br>7200-00 | Americas Recovery Network<br>P.O. Box 176610<br>Covington, KY 41017-6610 | Unsecured | Filed 11/06/13 | $0.00 | $164.00 | $164.00 |
| 000016<br>080<br>7200-00 | Arnold Scott Harris, P.C.<br>Attorney At Law<br>222 Merchandise Mart Plaza #1900<br>Chicago, IL 60654 | Unsecured | Filed 11/06/13 | $0.00 | $488.00 | $488.00 |
| 000017<br>080<br>7200-00 | AT&T<br>Attn: Bankruptcy<br>P.O. Box 769<br>Arlington, TX 76004-0769 | Unsecured | Filed 11/06/13 | $0.00 | $157.64 | $157.64 |
| 000018<br>080<br>7200-00 | B.C.C.<br>29 E. Madison St., Suite 1650<br>Chicago, IL 60602 | Unsecured | Filed 11/06/13 | $0.00 | $170.64 | $170.64 |
| 000019<br>080<br>7200-00 | CB Accounts<br>P.O. Box 1289<br>Peoria, IL 61654-1289 | Unsecured | Filed 11/06/13 | $0.00 | $850.00 | $850.00 |
| 000020<br>080<br>7200-00 | CBUSA, Inc.<br>P.O. Box 8000<br>Hammond, IN 46325-8000 | Unsecured | Filed 11/06/13 | $0.00 | $385.00 | $385.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                    Date: June 09, 2015

Case Number:   10-12855

Debtor Name:   AMADEI, GINA M.                    Claim Class, Priority Sequence

Claims Bar Date: 10/16/13                          Joint Debtor: AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000021<br>080<br>7200-00 | Chadwicks of Boston<br>P.O. Box 4400<br>Taunton, MA 02780-7359 | Unsecured | Filed 11/06/13 | $0.00 | $354.97 | $354.97 |
| 000022<br>080<br>7200-00 | City of Chicago<br>Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | Unsecured | Filed 11/06/13 | $0.00 | $1,013.60 | $1,013.60 |
| 000023<br>080<br>7200-00 | Collection Recovery Bureau<br>5834 Nibrie St., Suite A-142<br>Sylvania, OH 43560 | Unsecured | Filed 11/06/13 | $0.00 | $119.00 | $119.00 |
| 000024<br>080<br>7200-00 | Collection Systems Inc.<br>8 S. Michigan Ste. 6<br>Chicago, IL 60603 | Unsecured | Filed 11/06/13 | $0.00 | $337.00 | $337.00 |
| 000025<br>080<br>7200-00 | Credit Collection Services<br>Two Wells Avenue, Dept. 9134<br>Newton, MA 02459 | Unsecured | Filed 11/06/13 | $0.00 | $153.59 | $153.59 |
| 000026<br>080<br>7200-00 | Credit Collection Services<br>Two Wells Avenue, Dept. 9133<br>Newton, MA 02459 | Unsecured | Filed 11/06/13 | $0.00 | $99.98 | $99.98 |
| 000027<br>080<br>7200-00 | Credit Management.LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | Unsecured | Filed 11/06/13 | $0.00 | $420.25 | $420.25 |
| 000028<br>080<br>7200-00 | Credit Recovery, Inc.<br>P.O. Box 916<br>Ottawa, IL 61350 | Unsecured | Filed 11/06/13 | $0.00 | $78.00 | $78.00 |
| 000029<br>080<br>7200-00 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | Unsecured | Filed 11/06/13 | $0.00 | $165.00 | $165.00 |
| 000030<br>080<br>7200-00 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | Unsecured | Filed 11/06/13 | $0.00 | $63.00 | $63.00 |
| 000031<br>080<br>7200-00 | Creditors Discount & Audit<br>P.O. Box 213<br>415 E Main St<br>Streator, IL 61364-0213 | Unsecured | Filed 11/06/13 | $0.00 | $108.00 | $108.00 |
| 000032<br>080<br>7200-00 | Creditors Discount & Audit<br>P.O. Box 213<br>415 Main St.<br>Streator, IL 61364-0213 | Unsecured | Filed 11/06/13 | $0.00 | $405.00 | $405.00 |
| 000033<br>080<br>7200-00 | Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225 | Unsecured | Filed 11/07/13 | $0.00 | $1,605.42 | $1,605.42 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 09, 2015

Case Number:    10-12855
Debtor Name:    AMADEI, GINA M.
Claims Bar Date: 10/16/13

Claim Class, Priority Sequence

Joint Debtor: AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000034<br>080<br>7200-00 | Creditors Interchange<br>P.O. Box 2270<br>Buffalo, NY 14240-2270 | Unsecured | Filed 11/07/13 | $0.00 | $430.18 | $430.18 |
| 000035<br>080<br>7200-00 | Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255 | Unsecured | Filed 11/07/13 | $0.00 | $474.64 | $474.64 |
| 000036<br>080<br>7200-00 | Diversified Credit Services<br>900 South Highway Suite 210<br>Fenton, MO 63026 | Unsecured | Filed 11/07/13 | $0.00 | $370.00 | $370.00 |
| 000037<br>080<br>7200-00 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Unsecured | Filed 11/07/13 | $0.00 | $814.00 | $814.00 |
| 000038<br>080<br>7200-00 | Enterprise Recovery Systems Inc<br>2400 S. Wolf Road, Suite 200<br>Westchester, IL 60154 | Unsecured | Filed 11/07/13 | $0.00 | $262.00 | $262.00 |
| 000039<br>080<br>7200-00 | EPMG of Illinois, S.C.<br>P.O. Box 95968<br>Oklahoma City, OK 73143-5968 | Unsecured | Filed 11/07/13 | $0.00 | $135.00 | $135.00 |
| 000040<br>080<br>7200-00 | Financial Recovery Services<br>802 N. Clinton St., Suite B<br>Bloomington, IL 61701-3294 | Unsecured | Filed 11/07/13 | $0.00 | $65.00 | $65.00 |
| 000041<br>080<br>7200-00 | First National Credit Card<br>500 E. 60th St. N<br>Sioux Falls, SD 57104-0478 | Unsecured | Filed 11/07/13 | $0.00 | $431.00 | $431.00 |
| 000042<br>080<br>7200-00 | G C Services<br>Acct No xxxxxx0245<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | Unsecured | Filed 11/07/13 | $0.00 | $989.00 | $989.00 |
| 000043<br>080<br>7200-00 | GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | Unsecured | Filed 11/07/13 | $0.00 | $2,697.89 | $2,697.89 |
| 000044<br>080<br>7200-00 | Harvard Collection Services<br>4839 N Elston Ave<br>Chicago, IL 60630-2534 | Unsecured | Filed 11/07/13 | $0.00 | $561.10 | $561.10 |
| 000045<br>080<br>7200-00 | Heller and Frisone, LTD<br>33 North LaSalle Street<br>Suite 1200<br>Chicago, IL 60602 | Unsecured | Filed 11/07/13 | $0.00 | $2,110.84 | $2,110.84 |
| 000046<br>080<br>7200-00 | Hooked on Phonics<br>1407 Fleet St.<br>Baltimore, MD 21231 | Unsecured | Filed 11/07/13 | $0.00 | $256.35 | $256.35 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 5

Date: June 09, 2015

| | |
|---|---|
| Case Number: 10-12855 | Claim Class, Priority Sequence |
| Debtor Name: AMADEI, GINA M. | Joint Debtor: AMADEI, ANTHONY J |
| Claims Bar Date: 10/16/13 | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000047 080 7200-00 | In The Swim 320 Industrial Drive West Chicago, IL 60185 | Unsecured | Filed 11/07/13 | $0.00 | $3,253.19 | $3,253.19 |
| 000048 080 7200-00 | John Misheuski 8721 W. 170th St. Orland Park, IL 60462 | Unsecured | Filed 11/07/13 | $0.00 | $1,694.00 | $1,694.00 |
| 000049 080 7200-00 | Law Offices of Mitchell N. Kay, P.C 7 Penn Plaza New York, NY 10001 | Unsecured | Filed 11/07/13 | $0.00 | $309.05 | $309.05 |
| 000050 080 7200-00 | Malibu Pilates 95 Old Shoals Road, Dept. C Arden, NC 28704 | Unsecured | Filed 11/07/13 | $0.00 | $239.80 | $239.80 |
| 000051 080 7200-00 | Michael J. Athans, Ph.D. & Assoc. 32 Main Street Park Ridge, IL 60068 | Unsecured | Filed 11/07/13 | $0.00 | $35.60 | $35.60 |
| 000052 080 7200-00 | Monco Law Offices, S.C. P.O. Box 1641 Brookfield, WI 53008 | Unsecured | Filed 11/07/13 | $0.00 | $946.54 | $946.54 |
| 000053 080 7200-00 | MRSI 2200 E Devon Ave Ste 288 Des Plaines, IL 60018 | Unsecured | Filed 11/07/13 | $0.00 | $226.00 | $226.00 |
| 000054 080 7200-00 | Municipal Collection Services, Inc PO Box 666 Lansing, IL 60438-0666 | Unsecured | Filed 11/07/13 | $0.00 | $250.00 | $250.00 |
| 000055 080 7200-00 | National Recovery Agency 2491 Paxton St Harrisburg, PA 17111 | Unsecured | Filed 11/07/13 | $0.00 | $364.00 | $364.00 |
| 000056 080 7200-00 | Nationwide Credit & Collection 9919 Roosevelt Rd. Westchester, IL 60154 | Unsecured | Filed 11/07/13 | $0.00 | $844.25 | $844.25 |
| 000057 080 7200-00 | Nationwide Credit & Collection 9919 Roosevelt Rd. Westchester, IL 60154 | Unsecured | Filed 11/07/13 | $0.00 | $161.40 | $161.40 |
| 000058 080 7200-00 | Nationwide Credit & Collection, Inc 9919 Roosevelt Road Westchester, IL 60154 | Unsecured | Filed 11/07/13 | $0.00 | $283.37 | $283.37 |
| 000059 080 7200-00 | NCO Financial Systems, Inc. 507 Prudential Rd Horsham, PA 19044 | Unsecured | Filed 11/07/13 | $0.00 | $1,110.74 | $1,110.74 |
| 000060 080 7200-00 | New Orland Park Currency Exchange 15010 S. LaGrange Road Orland Park, IL 60462 | Unsecured | Filed 11/07/13 | $0.00 | $672.00 | $672.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 6                                                                    Date: June 09, 2015

Case Number:  10-12855                  Claim Class, Priority Sequence
Debtor Name:  AMADEI, GINA M.                    Joint Debtor:  AMADEI, ANTHONY J
Claims Bar Date: 10/16/13

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000061 080 7200-00 | North Shore Agency, Inc. 270 Spagnoli Road Suite 111 Melville, NY 11747-3515 | Unsecured | Filed 11/08/13 | $0.00 | $15.00 | $15.00 |
| 000062 080 7200-00 | Northwestern Memorial Hospital PO Box 73690 Chicago, IL 60673-7690 | Unsecured | Filed 11/08/13 | $0.00 | $850.96 | $850.96 |
| 000063 080 7200-00 | OakLawn Radiology Imaging Consultants 37241 Eagle Way Chicago, IL 60678 | Unsecured | Filed 11/08/13 | $0.00 | $43.00 | $43.00 |
| 000064 080 7200-00 | Palos Community Hospital 12251 S. 80th Ave Palos Heights, IL 60463 | Unsecured | Filed 11/08/13 | $0.00 | $45.00 | $45.00 |
| 000065 080 7200-00 | Palos Community Hospital 12251 S. 80th Ave Palos Heights, IL 60463 | Unsecured | Filed 11/08/13 | $0.00 | $27.00 | $27.00 |
| 000066 080 7200-00 | Penn Credit Corporation P.O. Box 988 Harrisburg, PA 17108-0988 | Unsecured | Filed 11/08/13 | $0.00 | $104.59 | $104.59 |
| 000067 080 7200-00 | Peoples Energy Special Projects (Bankruptcy) 130 East Randolph Street Chicago, IL 60601-6207 | Unsecured | Filed 11/08/13 | $0.00 | $945.83 | $945.83 |
| 000068 080 7200-00 | Physician Billing Service P.O. Box 781 Kankakee, IL 60901 | Unsecured | Filed 11/08/13 | $0.00 | $153.00 | $153.00 |
| 000069 080 7200-00 | Portfolio Recovery 120 Corporate Blvd Ste 100 Norfolk, VA 23502 | Unsecured | Filed 11/08/13 | $0.00 | $411.00 | $411.00 |
| 000070 080 7200-00 | Receivable Management 3348 Ridge Road Lansing, IL 60438 | Unsecured | Filed 11/08/13 | $0.00 | $150.00 | $150.00 |
| 000071 080 7200-00 | Receivable Management 3348 Ridge Road Lansing, IL 60438 | Unsecured | Filed 11/08/13 | $0.00 | $250.00 | $250.00 |
| 000072 080 7200-00 | Receivable Management 3348 Ridge Road Lansing, IL 60438 | Unsecured | Filed 11/08/13 | $0.00 | $2,500.00 | $2,500.00 |
| 000073 080 7200-00 | Retrieval Masters 2269 South Saw Mill River Elmsford, NY 10523 | Unsecured | Filed 11/08/13 | $0.00 | $15.97 | $15.97 |

Page 7

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 09, 2015

Case Number:    10-12855
Debtor Name:    AMADEI, GINA M.
Claims Bar Date: 10/16/13

Claim Class, Priority Sequence

Joint Debtor:  AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000074<br>080<br>7200-00 | Retrieval Masters Creditors Bureau<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | Unsecured | Filed 11/08/13 | $0.00 | $19.99 | $19.99 |
| 000075<br>080<br>7200-00 | Riverside Community Health Center<br>P.O. Box 781<br>Kankakee, IL 60901 | Unsecured | Filed 11/08/13 | $0.00 | $153.00 | $153.00 |
| 000076<br>080<br>7200-00 | RJM Acquisitions Funding LLC<br>575 Underhill Boulevard, Suite 224<br>Syosset, NY 11791-3416 | Unsecured | Filed 11/08/13 | $0.00 | $171.22 | $171.22 |
| 000077<br>080<br>7200-00 | ROL Youth Foundation<br>8500 W. 191st St.<br>Mokena, IL 60448 | Unsecured | Filed 11/08/13 | $0.00 | $442.50 | $442.50 |
| 000078<br>080<br>7200-00 | Rush University Medical Center<br>P.O. Box 4075<br>Carol Stream, IL 60197-4075 | Unsecured | Filed 11/08/13 | $0.00 | $250.78 | $250.78 |
| 000079<br>080<br>7200-00 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | Unsecured | Filed 11/08/13 | $0.00 | $51.20 | $51.20 |
| 000080<br>080<br>7200-00 | Rush University Medical Group<br>75 Remittance Drive, Dept. 6379<br>Chicago, IL 60675-1611 | Unsecured | Filed 11/11/13 | $0.00 | $256.00 | $256.00 |
| 000081<br>080<br>7200-00 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | Unsecured | Filed 11/11/13 | $0.00 | $22.60 | $22.60 |
| 000082<br>080<br>7200-00 | Sanija Bajramovic, M.D., S.C.<br>P.O. Box 388320<br>Chicago, IL 60638-8330 | Unsecured | Filed 11/11/13 | $0.00 | $50.00 | $50.00 |
| 000083<br>080<br>7200-00 | Shaffer & Associates<br>101 South 5th St., Suite 100<br>Columbia, MO 65201 | Unsecured | Filed 11/11/13 | $0.00 | $175.00 | $175.00 |
| 000084<br>080<br>7200-00 | Sterling & King, Inc.<br>P.O. Box 300639<br>Fern Park, FL 32730-0639 | Unsecured | Filed 11/11/13 | $0.00 | $569.70 | $569.70 |
| 000085<br>080<br>7200-00 | Suburban Ear Nose & Throat Spclsts<br>P.O. Box 3173<br>Carol Stream, IL 60132-3173 | Unsecured | Filed 11/11/13 | $0.00 | $25.00 | $25.00 |
| 000086<br>080<br>7200-00 | Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | Unsecured | Filed 11/11/13 | $0.00 | $50.44 | $50.44 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 8                                                                                              Date: June 09, 2015

Case Number:    10-12855
Debtor Name:    AMADEI, GINA M.                    Claim Class, Priority Sequence
Claims Bar Date: 10/16/13                                  Joint Debtor: AMADEI, ANTHONY J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000087<br>080<br>7200-00 | Take Care Health Illinois<br>Suite 101<br>4165 30th Avenue South<br>Fargo, ND 58104-8419 | Unsecured | Filed 11/11/13 | $0.00 | $68.00 | $68.00 |
| 000088<br>080<br>7200-00 | Target National Bank<br>C/O Target Credit Services<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | Unsecured | Filed 11/11/13 | $0.00 | $1,551.00 | $1,551.00 |
| 000089<br>080<br>7200-00 | Tek Ciollect<br>P.O. Box 1269<br>Columbus, OH 43216 | Unsecured | Filed 11/11/13 | $0.00 | $405.00 | $405.00 |
| 000090<br>080<br>7200-00 | The Payday Loan Store of Illinois<br>177 W. Lake St..<br>Chicago, IL 60601 | Unsecured | Filed 11/11/13 | $0.00 | $400.00 | $400.00 |
| 000091<br>080<br>7200-00 | Transworld Systems Inc<br>25 Northwest Pt Blvd, Suite 750<br>Elk Grove Village, IL 60007 | Unsecured | Filed 11/11/13 | $0.00 | $66.20 | $66.20 |
| 000092<br>080<br>7200-00 | TRS Recovery Services Inc<br>P.O. Box 60012<br>City Of Industry, CA 91716-0012 | Unsecured | Filed 11/11/13 | $0.00 | $694.00 | $694.00 |
| 000093<br>080<br>7200-00 | Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | Unsecured | Filed 11/11/13 | $0.00 | $256.00 | $256.00 |
| 000094<br>080<br>7200-00 | U.S. Department of Veterans Affairs<br>P.O. Box 1930<br>Saint Paul, MN 55101-0930 | Unsecured | Filed 11/11/13 | $0.00 | $2,446.00 | $2,446.00 |
| 000095<br>080<br>7200-00 | Universal Fidelity LP<br>POB 941911<br>Houston, TX 77094-8911 | Unsecured | Filed 11/11/13 | $0.00 | $130.30 | $130.30 |
| 000096<br>080<br>7200-00 | Village of Orland Park<br>Traffic Compliance Administrator<br>15100 S. Ravinia Avenure<br>Orland Park, IL 60462 | Unsecured | Filed 11/11/13 | $0.00 | $500.00 | $500.00 |
| 000097<br>080<br>7200-00 | Village of Worth<br>Receivable Management<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | Filed 11/11/13 | $0.00 | $225.00 | $225.00 |
| 000098<br>080<br>7200-00 | West Asset Management<br>2703 N. Highway 75<br>Sherman, TX 75090 | Unsecured | Filed 11/11/13 | $0.00 | $456.00 | $456.00 |
| 000099<br>080<br>7200-00 | West Asset Management, Inc.<br>PO Box 105646<br>Atlanta, GA 31139 | Unsecured | Filed 11/11/13 | $0.00 | $17,009.85 | $17,009.85 |

EXHIBIT C

Page 9

ANALYSIS OF CLAIMS REGISTER

Date: June 09, 2015

Claim Class, Priority Sequence

Case Number:   10-12855
Debtor Name:   AMADEI, GINA M.                                    Joint Debtor:  AMADEI, ANTHONY J
Claims Bar Date: 10/16/13

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000100 080 7200-00 | Western Governors University 4001 South 700 East Suite 700 Salt Lake City, UT 84107 | Unsecured | Filed 11/11/13 | $0.00 | $1,109.60 | $1,109.60 |
| 000101 080 7200-00 | Yatin Shah, M.D., S.C. 34609 Eagle Way Chicago, IL 60678-1346 | Unsecured | Filed 11/11/13 | $0.00 | $108.00 | $108.00 |
| 999 8200-00 | GINA M. AMADEI ANTHONY J AMADEI 1800 S. CRESCENT AVENUE PARK RIDGE, IL  60068 | Unsecured | | $0.00 | $0.00 | $83,157.28 |
| | Case Totals: | | | $0.00 | $173,987.75 | $257,145.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12855 PSH
Case Name: AMADEI, GINA M.
         AMADEI, ANTHONY J
Trustee Name: RONALD R. PETERSON

       Balance on hand                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Other: JENNER & BLOCK LLP | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses     $_____

       Remaining Balance                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $             must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Charles Kuslolek & Lindsay Parkhurst The Law Offices of Lindsay A. Parkhurst, P.C. 1 Dearborn Square, Suite 320 Kankakee, IL 60901 | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company 3 Lincoln Center, 4th Floor Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (CREDIT ONE BANK,N.A.) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | $ | $ | $ |
| 000005 | The Women's Group of Northwestern c/o Certified Services Inc PO Box 177 Waukegan, IL 60079 | $ | $ | $ |
| 000006 | Nicor Gas Po box 549 Aurora il 60507 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Aaron's Sales & Lease Ownership 1015 Cobb Place Blvd. Kennesaw, GA 30144 | $ | $ | $ |
| 000008 | Advocate Christ Medical Center P.O. Box 70508 Chicago, IL 60673-0508 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Advocate Medical Group 75 Remittance Drive, Suite 1019 Chicago, IL 60675-1019 | $ | $ | $ |
| 000010 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ | $ | $ |
| 000011 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ | $ | $ |
| 000012 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ | $ | $ |
| 000013 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ | $ | $ |
| 000014 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ | $ | $ |
| 000015 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Arnold Scott Harris, P.C. Attorney At Law 222 Merchandise Mart Plaza #1900 Chicago, IL 60654 | $ | $ | $ |
| 000017 | AT&T Attn: Bankruptcy P.O. Box 769 Arlington, TX 76004-0769 | $ | $ | $ |
| 000018 | B.C.C. 29 E. Madison St., Suite 1650 Chicago, IL 60602 | $ | $ | $ |
| 000019 | CB Accounts P.O. Box 1289 Peoria, IL 61654-1289 | $ | $ | $ |
| 000020 | CBUSA, Inc. P.O. Box 8000 Hammond, IN 46325-8000 | $ | $ | $ |
| 000021 | Chadwicks of Boston P.O. Box 4400 Taunton, MA 02780-7359 | $ | $ | $ |
| 000022 | City of Chicago Department of Revenue P.O. Box 88292 Chicago, IL 60680-1292 | $ | $ | $ |
| 000023 | Collection Recovery Bureau 5834 Nibrie St., Suite A-142 Sylvania, OH 43560 | $ | $ | $ |
| 000024 | Collection Systems Inc. 8 S. Michigan Ste. 6 Chicago, IL 60603 | $ | $ | $ |
| 000025 | Credit Collection Services Two Wells Avenue, Dept. 9134 Newton, MA 02459 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Credit Collection Services Two Wells Avenue, Dept. 9133 Newton, MA 02459 | $ | $ | $ |
| 000027 | Credit Management.LP 4200 International Parkway Carrollton, TX 75007-1912 | $ | $ | $ |
| 000028 | Credit Recovery, Inc. P.O. Box 916 Ottawa, IL 61350 | $ | $ | $ |
| 000029 | Creditors Collection P.O. Box 63 Kankakee, IL 60901-0063 | $ | $ | $ |
| 000030 | Creditors Collection P.O. Box 63 Kankakee, IL 60901-0063 | $ | $ | $ |
| 000031 | Creditors Discount & Audit P.O. Box 213 415 E Main St Streator, IL 61364-0213 | $ | $ | $ |
| 000032 | Creditors Discount & Audit P.O. Box 213 415 Main St. Streator, IL 61364-0213 | $ | $ | $ |
| 000033 | Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | $ | $ | $ |
| 000034 | Creditors Interchange P.O. Box 2270 Buffalo, NY 14240-2270 | $ | $ | $ |
| 000035 | Diversified Consultants, Inc. PO Box 551268 Jacksonville, FL 32255 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | Diversified Credit Services 900 South Highway Suite 210 Fenton, MO 63026 | $ | $ | $ |
| 000037 | Enhanced Recovery Corp. 8014 Bayberry Road Jacksonville, FL 32256 | $ | $ | $ |
| 000038 | Enterprise Recovery Systems Inc 2400 S. Wolf Road, Suite 200 Westchester, IL 60154 | $ | $ | $ |
| 000039 | EPMG of Illinois, S.C. P.O. Box 95968 Oklahoma City, OK 73143-5968 | $ | $ | $ |
| 000040 | Financial Recovery Services 802 N. Clinton St., Suite B Bloomington, IL 61701-3294 | $ | $ | $ |
| 000041 | First National Credit Card 500 E. 60th St. N Sioux Falls, SD 57104-0478 | $ | $ | $ |
| 000042 | G C Services Acct No xxxxxx0245 Collection Agency Division 6330 Gulfton Houston, TX 77081 | $ | $ | $ |
| 000043 | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | $ | $ | $ |
| 000044 | Harvard Collection Services 4839 N Elston Ave Chicago, IL 60630-2534 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000045 | Heller and Frisone, LTD 33 North LaSalle Street Suite 1200 Chicago, IL 60602 | $ | $ | $ |
| 000046 | Hooked on Phonics 1407 Fleet St. Baltimore, MD 21231 | $ | $ | $ |
| 000047 | In The Swim 320 Industrial Drive West Chicago, IL 60185 | $ | $ | $ |
| 000048 | John Misheuski 8721 W. 170th St. Orland Park, IL 60462 | $ | $ | $ |
| 000049 | Law Offices of Mitchell N. Kay, P.C 7 Penn Plaza New York, NY 10001 | $ | $ | $ |
| 000050 | Malibu Pilates 95 Old Shoals Road, Dept. C Arden, NC 28704 | $ | $ | $ |
| 000051 | Michael J. Athans, Ph.D. & Assoc. 32 Main Street Park Ridge, IL 60068 | $ | $ | $ |
| 000052 | Monco Law Offices, S.C. P.O. Box 1641 Brookfield, WI 53008 | $ | $ | $ |
| 000053 | MRSI 2200 E Devon Ave Ste 288 Des Plaines, IL 60018 | $ | $ | $ |
| 000054 | Municipal Collection Services, Inc PO Box 666 Lansing, IL 60438-0666 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000055 | National Recovery Agency<br>2491 Paxton St<br>Harrisburg, PA 17111 | $ | $ | $ |
| 000056 | Nationwide Credit &<br>Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ | $ | $ |
| 000057 | Nationwide Credit &<br>Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ | $ | $ |
| 000058 | Nationwide Credit &<br>Collection, Inc<br>9919 Roosevelt Road<br>Westchester, IL 60154 | $ | $ | $ |
| 000059 | NCO Financial Systems,<br>Inc.<br>507 Prudential Rd<br>Horsham, PA 19044 | $ | $ | $ |
| 000060 | New Orland Park Currency<br>Exchange<br>15010 S. LaGrange Road<br>Orland Park, IL 60462 | $ | $ | $ |
| 000061 | North Shore Agency, Inc.<br>270 Spagnoli Road<br>Suite 111<br>Melville, NY 11747-3515 | $ | $ | $ |
| 000062 | Northwestern Memorial<br>Hospital<br>PO Box 73690<br>Chicago, IL 60673-7690 | $ | $ | $ |
| 000063 | OakLawn Radiology<br>Imaging<br>Consultants<br>37241 Eagle Way<br>Chicago, IL 60678 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000064 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ | $ | $ |
| 000065 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ | $ | $ |
| 000066 | Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | $ | $ | $ |
| 000067 | Peoples Energy<br>Special Projects<br>(Bankruptcy)<br>130 East Randolph Street<br>Chicago, IL 60601-6207 | $ | $ | $ |
| 000068 | Physician Billing Service<br>P.O. Box 781<br>Kankakee, IL 60901 | $ | $ | $ |
| 000069 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | $ | $ | $ |
| 000070 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ | $ | $ |
| 000071 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ | $ | $ |
| 000072 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ | $ | $ |
| 000073 | Retrieval Masters<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ | $ | $ |
| 000074 | Retrieval Masters Creditors Bureau<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000075 | Riverside Community Health Center P.O. Box 781 Kankakee, IL 60901 | $ | $ | $ |
| 000076 | RJM Acquisitions Funding LLC 575 Underhill Boulevard, Suite 224 Syosset, NY 11791-3416 | $ | $ | $ |
| 000077 | ROL Youth Foundation 8500 W. 191st St. Mokena, IL 60448 | $ | $ | $ |
| 000078 | Rush University Medical Center P.O. Box 4075 Carol Stream, IL 60197-4075 | $ | $ | $ |
| 000079 | Rush University Medical Group 75 Remittance Drive, Dept. 1611 Chicago, IL 60675-1611 | $ | $ | $ |
| 000080 | Rush University Medical Group 75 Remittance Drive, Dept. 6379 Chicago, IL 60675-1611 | $ | $ | $ |
| 000081 | Rush University Medical Group 75 Remittance Drive, Dept. 1611 Chicago, IL 60675-1611 | $ | $ | $ |
| 000082 | Sanija Bajramovic, M.D., S.C. P.O. Box 388320 Chicago, IL 60638-8330 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000083 | Shaffer & Associates 101 South 5th St., Suite 100 Columbia, MO 65201 | $ | $ | $ |
| 000084 | Sterling & King, Inc. P.O. Box 300639 Fern Park, FL 32730-0639 | $ | $ | $ |
| 000085 | Suburban Ear Nose & Throat Spclsts P.O. Box 3173 Carol Stream, IL 60132-3173 | $ | $ | $ |
| 000086 | Sunrise Credit Services, Inc. 260 Airport Plaza P.O. Box 9100 Farmingdale, NY 11735-9100 | $ | $ | $ |
| 000087 | Take Care Health Illinois Suite 101 4165 30th Avenue South Fargo, ND 58104-8419 | $ | $ | $ |
| 000088 | Target National Bank C/O Target Credit Services P.O. Box 673 Minneapolis, MN 55440-0673 | $ | $ | $ |
| 000089 | Tek Ciollect P.O. Box 1269 Columbus, OH 43216 | $ | $ | $ |
| 000090 | The Payday Loan Store of Illinois 177 W. Lake St.. Chicago, IL 60601 | $ | $ | $ |
| 000091 | Transworld Systems Inc 25 Northwest Pt Blvd, Suite 750 Elk Grove Village, IL 60007 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000092 | TRS Recovery Services Inc P.O. Box 60012 City Of Industry, CA 91716-0012 | $ | $ | $ |
| 000093 | Trustmark Recovery Services 541 Otis Bowen Drive Munster, IN 46321 | $ | $ | $ |
| 000094 | U.S. Department of Veterans Affairs P.O. Box 1930 Saint Paul, MN 55101-0930 | $ | $ | $ |
| 000095 | Universal Fidelity LP POB 941911 Houston, TX 77094-8911 | $ | $ | $ |
| 000096 | Village of Orland Park Traffic Compliance Administrator 15100 S. Ravinia Avenure Orland Park, IL 60462 | $ | $ | $ |
| 000097 | Village of Worth Receivable Management 3348 Ridge Rd Lansing, IL 60438 | $ | $ | $ |
| 000098 | West Asset Management 2703 N. Highway 75 Sherman, TX 75090 | $ | $ | $ |
| 000099 | West Asset Management, Inc. PO Box 105646 Atlanta, GA 31139 | $ | $ | $ |
| 000100 | Western Governors University 4001 South 700 East Suite 700 Salt Lake City, UT 84107 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000101 | Yatin Shah, M.D., S.C.<br>34609 Eagle Way<br>Chicago, IL 60678-1346 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                             $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


The amount of surplus returned to the debtor after payment of all claims and interest is $        .