## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GINA M. AMADEI AND ANTHONY J. AMADEI, | ) | CASE NO. 10-12855 |
| | ) | |
| | ) | The Honorable Pamela S. Hollis, |
| Debtors. | ) | Presiding |
| | ) | |
| | ) | **Hearing:  July 14, 2015** |
| | ) | **10:30 a.m.** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, July 14, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis in Courtroom 644 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **FINAL APPLICATION OF JENNER & BLOCK LLP, AS COUNSEL FOR THE TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 24, 2010 THROUGH JANUARY 31, 2015**.  You may appear at that time and place if you so desire.

Dated:  June 11, 2015

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Gina M. Amadei and Anthony J. Amadei

By:_____*/s/  Ronald R. Peterson*_____
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  GINA M. AMADEI AND ANTHONY J.
AMADEI,                                )
                                       )
                                       )     Bankruptcy No. _____10-12855_____
                                       )
                    Debtor.   )          Chapter        _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____JENNER & BLOCK LLP_____

Authorized to Provide Professional Services to: _____RONALD R. PETERSON, CHAPTER 7 TRUSTEE_____

Date of Order Authorizing Employment: _____July 30, 2013_____

Period for Which Compensation is Sought:
From _____March 24_____, ____2010____   through _____January 31_____, _2015_

Amount of Fees Sought:   $ 74,246.50 _____

Amount of Expense Reimbursement Sought:   $ 510.61 _____

This is an:        Interim Application _____        Final Application __✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
|  |  |  |  |  |

Dated: _____March 27, 2015_____        _____Ronald R. Peterson_____
                                                              (Counsel)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GINA M. AMADEI AND ANTHONY J. AMADEI, | ) | CASE NO. 10-12855 |
| | ) | |
| | ) | The Honorable Pamela S. Hollis, |
| Debtors. | ) | Presiding |
| | ) | |
| | ) | **Hearing:  July 14, 2015** |
| | ) | **10:30 a.m.** |

**FINAL APPLICATION OF JENNER & BLOCK LLP,**
**AS COUNSEL FOR THE TRUSTEE, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD MARCH 24, 2010 THROUGH JANUARY 31, 2015**

JENNER & BLOCK LLP ("Jenner"), counsel to Ronald R. Peterson, the Chapter 7 Trustee (the "Trustee") for the estate of Anthony J. Amadei and Gina M. Amadei (the "Debtors"), pursuant to 11 U.S.C. §§ 327 and 330 and the Order granting the Trustee's Application to Employ Jason N. Knapp and Jenner & Block LLP as Counsel to the Trustee (Doc. No. 38), hereby submits this final fee application for approval and allowance of compensation in the amount of $74,246.50 for the reasonable and necessary legal services rendered to the Trustee and for reimbursement of expenses incurred during the representation in the amount of $510.61 (the "Application") during the period March 24, 2010 through January 31, 2015 (the "Compensation Period").  In support of this Application, Jenner states as follows:

<u>INTRODUCTION</u>

1.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (B).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are sections 328 and 330 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996, the Administrative Order and the Customer Adequate Protection Stipulation.

3.     This case involves two debtors who failed to disclose that they had a prepetition claim against Waste Management of Illinois, Inc. ("Waste Management") worth hundreds of thousands of dollars.   These Debtors were not the first debtors to hide litigation, and unfortunately, they probably will not be the last.

4.     The Debtors filed their original voluntary petition on March 24, 2010.   Their schedules and statement of affairs did not disclose any claims against Waste Management or others arising from an automobile accident which caused great injury to Mr. Amadei.   On May 21, 2010, the Trustee conducted a 11 U.S.C. § 341 meeting, at which the Debtors again failed to disclose their cause of action against Waste Management, but reaffirmed that their original schedules and statement of affairs were accurate.   On reliance of the truthfulness and veracity of the Debtors' testimony, the Trustee filed a no-distribution report.   The Debtors received a discharge from their debts on September 23, 2010.  (Doc. No. 23).

5.      On October 14, 2011, the Debtors filed a complaint against Nick Anthony Grigutis, Individually and as agent, servant and/or employee of Waste Management of Illinois, Inc., in the Circuit Court of Cook County, County Department, Law Division, known as Case No. 2011 L 10755 (the "Circuit Court Action").  They did not advise the Trustee of the filing of the Circuit Court Action and did not amend or correct their schedules.

6.      The defendants in the Circuit Court Action filed a motion in the Circuit Court to dismiss the case on the grounds that the Debtors lacked standing to bring the lawsuit and the doctrine of judicial estoppel prevented the Debtors from obtaining relief.

7.      Consequently, the Debtors' attorney contacted the Trustee, and the Trustee moved to reopen the estate on November 5, 2012.  (Doc. No. 25).

8.      The Debtors subsequently amended their schedules and statement of affairs.  On July 17, 2013, the Trustee filed a motion to retain Jason N. Knapp and Jenner to represent him. The Court approved the motion on July 30, 2013 retroactive to March 24, 2013.  (Doc. No. 38).

9.      The Trustee then intervened in the Circuit Court Action and defeated the Defendants' original motion to dismiss.  However, the Defendants launched a second attack and asked the Circuit Court to usurp the role of this Court by stating that the Trustee could not make a distribution to the Debtors.

10.     The Trustee then filed a motion in this Court to vitiate the Circuit Court's order. On November 14, 2013, this Court invalidated the Circuit Court's order on distribution.  (Doc. No. 55).

11.    The Debtors and the Defendants ultimately settled the Circuit Court Action for $475,000.00, a sum sufficient to pay (a) the medical liens, (b) the state court lawyer's contingent fees, (c) the costs of administration in this case, (d) the creditors' principal claims, (e) post-petition interest on the creditors' claims, (f) the Debtors' exemptions, and (g) a modest surplus to the Debtors.

### COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

12.    Jenner submits this Application seeking approval and allowance of final compensation in the amount of $74,246.50 and reimbursement of expenses in the amount of $510.61.

13.    The fees sought by this Application reflect an aggregate of 205.30 hours of attorneys and paraprofessionals' time spent and recorded in performing services for the Trustee during the Compensation Period.

14.    During the Compensation Period, Jenner's hourly billing rates for attorneys and paraprofessionals working on these matters ranged from $200.00 to $755.00 per hour.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

15.    Attached hereto as Exhibit A is a detailed description of the services performed during the Compensation Period and a statement of the number of hours spent.

16.    Attached as Exhibit B is a schedule setting forth all Jenner professionals and paraprofessionals who have performed services in this chapter 7 case during the Compensation Period,

4

the hourly billing rate charged for services performed by each individual, the aggregate number of hours expended in this matter and fees billed.

17.      Attached as <u>Exhibit C</u> is a detailed list of all expenses for which Jenner seeks reimbursement.

18.      The fees charged by Jenner in this case are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period.  The rates Jenner charges for the services rendered by its professionals and paraprofessionals in this chapter 7 case are the rates charged by the firm for professional and paraprofessional services rendered in comparable non-bankruptcy related matters.   Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

19.      All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case  in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

20.      Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

21.      Jenner has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by Jenner or any member thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

22.      The Trustee has reviewed and approved Jenner's monthly fee statements prior to the

5

filing of this Application.  In discharge of his ethical duties, the Trustee has review the fee application and made reductions from the fee statements before submitting them to this court.

WHEREFORE, Jenner respectfully requests that this Court authorize payment of compensation for the professional services rendered to the Trustee in the amount of $74,246.50 and reimbursement of expenses incurred during the Compensation Period in the amount of $510.61, and grant such other relief as the Court deems just and equitable.

Dated:  March 27, 2015                         Respectfully submitted,

                                               RONALD R. PETERSON, not individually but
                                               as Chapter 7 Trustee for the bankruptcy estate of
                                               Gina M. and Anthony J. Amadei

                                               By:  */s/ Ronald R. Peterson*
                                                        One of his attorneys

Ronald R. Peterson
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381
Email:   rpeterson@jenner.com

6

# EXHIBIT A

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

U.S. TRUSTEE - NO ASSET                                          INVOICE # 9316394
C/O RONALD R. PETERSON, TRUSTEE
JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO,  IL 60654-3456

                                                                FEBRUARY 3, 2015
CLIENT NUMBER - 37044

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2015

AMADEI, ANTHONY J. AND GINA M. – TRUSTEE'S ATTORNEYS         MATTER NUMBER- 11213

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/31/2012 | JNK | 0.20 | Conferred with R. Peterson re need to reopen case and petition to intervene and substitute parties. | 59.00 |
| 11/1/2012 | JNK | 1.80 | Reviewed briefing schedule order and correspondence from R. Duncan (.3); analyzed Defendant's motion to dismiss (.5); drafted motion to reopen bankruptcy case (.9); corresponded to R. Peterson re withdrawal of no asset report (.1). | 531.00 |
| 11/2/2012 | JNK | 0.60 | Conferred with R. Peterson re motion to reopen case (.3); continued preparation of motion to reopen bankruptcy case (.3). | 177.00 |
| 11/5/2012 | MHMX | 0.50 | Worked on preparing service list for Amadei motion to reopen case. | 147.50 |
| 11/5/2012 | MHMX | 0.60 | Prepared final documents and e-filed motion to reopen case. | 177.00 |
| 11/5/2012 | JNK | 0.70 | Reviewed draft motion to reopen in preparation for filing (.5); corresponded with M. Matlock and L. Huff re motion to reopen (.2). | 206.50 |
| 11/16/2012 | JNK | 0.20 | Conferred with R. Peterson re reopening of case and next steps. | 59.00 |
| 12/19/2012 | JNK | 0.20 | Conferred with R. Peterson re opposition to defendants' motion to dismiss. | 59.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 12/20/2012 | JNK | 1.10 | Reviewed defendants' motion to dismiss, correspondence from R. Duncan, debtors/plaintiffs' attorneys, case status and briefing schedule (.8); telephone conference with R. Duncan re next steps and matters to address (.3). | 324.50 |
| 1/3/2013 | JNK | 0.70 | Reviewed case status, background documents, and prior correspondence with R. Duncan in preparation for telephone conference re next steps with R. Peterson and R. Duncan (.4); telephone conference with R. Peterson and R. Duncan re motion to intervene and judicial estoppel issue (.3). | 252.00 |
| 1/4/2013 | JNK | 0.30 | Worked on initial draft of motion to intervene in personal injury action. | 108.00 |
| 1/7/2013 | JNK | 1.60 | Reviewed relevant background documents and prior pleadings in preparation for drafting petition to intervene in personal injury case (.8); continued preparation of petition to intervene in personal injury case (.8). | 576.00 |
| 1/8/2013 | JNK | 2.10 | Telephone conference with R. Duncan re petition to intervene (.2); continued preparation of petition to intervene (1.9). | 756.00 |
| 1/10/2013 | JNK | 1.90 | Continued drafting petition to intervene in personal injury action. | 684.00 |
| 1/11/2013 | JNK | 5.60 | Continued preparation of petition to intervene, memorandum in support thereof, and draft amended complaint (4.9); telephone conference and corresponded with R. Duncan re same (.4); conferred with R. Peterson re same (.3). | 2,016.00 |
| 1/15/2013 | JNK | 0.50 | Telephone conference with R. Duncan re case status, results of hearing on motion to dismiss this morning (.2); corresponded with R. Duncan re petition to intervene and order continuing motion to dismiss (.3). | 180.00 |
| 1/22/2013 | JNK | 1.50 | Corresponded with K. Gorrie and J. Phelan re petition to intervene briefing schedule (.2); reviewed pleadings and correspondence in preparation for status hearing on motion to dismiss and petition to intervene (.4); appeared at hearing before Judge O'Hara re petition to intervene status (.9). | 540.00 |

2

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/5/2013 | JNK | 0.50 | Telephone conference with J. Phelan re extension of time to file opposition brief (.1); conferred with R. Peterson re same (.1); corresponded with J. Phelan and R. Duncan re same (.3). | 180.00 |
| 2/19/2013 | JNK | 2.60 | Prepared Reply in Support of Petition to Intervene (1.9); conferred with R. Peterson re same (.2); prepared exhibits and Reply for filing (.5). | 936.00 |
| 2/20/2013 | JNK | 0.40 | Corresponded with R. Duncan re briefing status and filed copy of Reply in support of petition to intervene. | 144.00 |
| 2/25/2013 | AMA | 0.30 | Conference with J. Knapp re Amadei clerks status and reviewed materials re same. | 163.50 |
| 2/25/2013 | JNK | 1.50 | Reviewed petition to intervene, reply, and scheduling order in preparation for clerk status hearing (.9); reviewed Defendants' motion to extend time to file response brief (.2); conferred with R. Peterson re same (.2); conferred with A. Allen re same (.2). | 540.00 |
| 2/26/2013 | AMA | 0.80 | Reviewed email from J. Knapp re Amadei clerk status and reviewed motion to extend briefing schedule re same (.3); attended same (.5). | 436.00 |
| 2/26/2013 | JNK | 1.10 | Appeared at status hearing on petition to intervene and arranged for briefing schedule and continued hearing. | 396.00 |
| 2/27/2013 | JNK | 0.70 | Corresponded with R. Duncan re Defendants' position on petition to intervene and potential residue recovery to Debtors (.2); reviewed petition to intervene in preparation for telephone conference with R. Duncan (.3); telephone conference with R. Duncan re same (.2). | 252.00 |
| 3/1/2013 | JNK | 0.40 | Reviewed correspondence from R. Duncan and Debtors' schedules re personal injury claim (.2); conferred with R. Peterson re potential exemption and residual payment to Amadeis (.2). | 144.00 |
| 3/4/2013 | JNK | 0.40 | Corresponded with J. Phelan re response Trustee's petition to intervene (.2); reviewed Defendants' Response to Trustee's petition to intervene (.2). | 144.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 3/5/2013 | JNK | 0.70 | Corresponded with R. Peterson re outline of Reply supporting petition to intervene. | 252.00 |
| 3/11/2013 | JNK | 0.50 | Conferred with R. Peterson re reply outline (.2); reviewed case status and briefing schedule (.1); conferred with R. Peterson re same (.2). | 180.00 |
| 3/13/2013 | JNK | 0.30 | Conferred with R. Peterson re outline and approach to reply (.2); drafted reply in support of petition to intervene (.1). | 108.00 |
| 3/14/2013 | JNK | 3.80 | Prepared reply in support of petition to intervene (3.6); conferred with R. Peterson re same (.2). | 1,368.00 |
| 3/15/2013 | AMA | 0.30 | Reviewed reply and emailed J. Knapp re revisions. | 163.50 |
| 3/18/2013 | JNK | 0.30 | Corresponded with J. Phelan and R. Duncan re courtesy copy for court and opposing counsel | 108.00 |
| 3/19/2013 | JNK | 0.40 | Corresponded with R. Duncan re status and next steps following intervention. | 144.00 |
| 3/21/2013 | JNK | 0.40 | Corresponded with R. Duncan re clerk status hearing on petition to intervene (.3); conferred with R. Peterson re clerk status and preparation for same (.1); | 144.00 |
| 3/22/2013 | JNK | 2.80 | Conferred with R. Peterson re hearing on petition to intervene (.2); appeared at clerk status hearing on petition to intervene (.9); conferred with R. Peterson re same (.1); conferred with Docketing re research on prior instances of judicial estoppel against recovery (.4); reviewed initial docketing report re potential cases of judicial estoppel against debtors (.5); corresponded with R. Duncan re status (.7). | 1,008.00 |
| 3/26/2013 | JNK | 0.50 | Corresponded with R. Duncan re conference on case status (.2); conferred with R. Peterson re Amadei next steps (.2); telephone conference with R. Duncan re hearing at clerk status, briefing schedule, and motion to dismiss briefing (.1). | 180.00 |
| 3/28/2013 | JNK | 0.30 | Reviewed correspondence from J. Phelan and Order for briefing schedule on motion to dismiss (.2); corresponded with R. Peterson and R. Duncan re same (.1). | 108.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/9/2013 | JNK | 0.30 | Telephone conference with R. Duncan re issues of judicial estoppel and bankruptcy estate property. | 108.00 |
|---|---|---|---|---|
| 4/16/2013 | JNK | 0.90 | Telephone conference with R. Duncan re response to motion to dismiss (.4); reviewed Enyedi bankruptcy case re dismissal of personal injury action as violation of stay (.3); conferred with R. Peterson re same (.2). | 324.00 |
| 4/18/2013 | JNK | 0.30 | Reviewed R. Duncan's reply brief re motion to dismiss. | 108.00 |
| 4/19/2013 | JNK | 0.30 | Telephone conference and corresponded with R. Duncan re reply brief. | 108.00 |
| 4/24/2013 | JNK | 0.40 | Reviewed Enyedi case in preparation for correspondence to J. Phelan re automatic stay (.2); corresponded with J. Phelan re automatic stay and Enyedi case (.2). | 144.00 |
| 5/10/2013 | JNK | 2.80 | Conferred with R. Peterson re hearing on motion for leave to intervene (.2); reviewed pleadings and case law in preparation for hearing (.9); appeared at hearing on motion for leave to intervene and conferred with J. Phelan and R. Duncan at same (1.5); conferred with R. Peterson re hearing (.1). | 1,008.00 |
| 7/2/2013 | JNK | 0.60 | Telephone conference with R. Duncan re upcoming hearing on petition to intervene (.4); conferred with R. Peterson re hearing and pending decision (.2). | 216.00 |
| 7/8/2013 | JNK | 1.70 | Appeared at hearing on petition to intervene (1.0); conferred with R. Duncan re next steps and potential representation (.3); conferred with R. Peterson re results of hearing, continued date, and question from R. Duncan re potential conflicts (.2); corresponded with R. Duncan re order on continued hearing and conflicts analysis (.2). | 612.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/12/2013 | JNK | 2.60 | Reviewed filings and pleadings in preparation for hearing on petition to intervene (.6); telephone conference with R. Duncan in preparation for hearing on petition to intervene and application of judicial estoppel (.2); appeared at hearing on petition to intervene (.9); conferred with R. Peterson re same (.2); telephone conference with and corresponded with R. Duncan and R. Peterson re next steps, potential settlement, and application to employ R. Duncan (.7). | 936.00 |
| 7/15/2013 | JNK | 1.80 | Prepared application to employ J. Knapp as counsel to Trustee (.6); Amadei: Prepared conflicts check for Trustee representation (.7); prepared declaration of R. Peterson supporting application to employ counsel (.4); conferred with R. Peterson re same (.1). | 648.00 |
| 7/16/2013 | JNK | 0.10 | Reviewed correspondence from J. Phelan and order re amended complaint and status hearing. | 36.00 |
| 7/17/2013 | JNK | 2.20 | Reviewed proposed retainer agreement from special counsel R. Duncan (.4); drafted revisions to proposed retainer agreement from R. Duncan (.7); (corresponded with R. Duncan re proposed retainer agreement, conflicts check, and application to employ R. Duncan (.4); revised declaration of R. Peterson in support of application to employ Jenner (.7). | 792.00 |
| 7/18/2013 | JNK | 2.60 | Conferred with R. Peterson re edits to motion to employ counsel (.3); revised motion to employ Jenner counsel and declaration in support of same (.9); conferred with R. Schultz and R. Duncan re case background (.4); reviewed intervention papers and corresponded with R. Schultz re same (.9); conferred with R. Peterson re retainer agreement with R. Duncan re personal injury case (.1). | 936.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/19/2013 | JNK | 3.10 | Prepared draft order to authorize employment of J. Knapp in bankruptcy case (.4); revised retainer agreement with R. Duncan and corresponded with R. Duncan re same (.5); prepared declaration of R. Duncan supporting motion to employ as special counsel (.8); conferred with R. Duncan re declaration points (.3); finalized motion to employ J. Knapp as counsel (.6); conferred with M. Matlock re filing motion to employ J. Knapp as counsel (.5) | 1,116.00 |
| 7/19/2013 | MHMX | 1.00 | Reviewed motion to employ Jenner & Block (.30); readied same for ECF filing (.20); e-filed same (.10); worked on preparation re service of same (.40). | 310.00 |
| 7/22/2013 | JNK | 1.00 | Telephone conference with R. Duncan, R. Schultz, and M. Anderson re next steps, motion to void state court order as violation of automatic stay and joint motion of Trustee and debtors (.7); conferred with R. Peterson re next steps and joint motion to void state court order (.2); telephone conference with R. Duncan re potential for removal (.1). | 360.00 |
| 7/23/2013 | JNK | 4.00 | Corresponded with R. Duncan re declaration supporting application to employ (.3); corresponded with R. Schultz re motion to void state court ruling (.2); drafted application to employ R. Duncan as special counsel (.6); prepared draft order re employment of R. Duncan (.5); conferred with R. Peterson re application to employ special counsel (.1); conferred with R. Peterson re outline of motion to find state court order of judicial estoppel void ab initio (.2); finalized motion to employ R. Duncan as special counsel and exhibits (.6); conferred with M. Matlock re filing (.5); arranged for and assisted with service of application to employ special counsel (.7); considered outline re motion to void state court order re judicial estoppel (.3). | 1,440.00 |
| 7/24/2013 | JNK | 6.70 | Corresponded with M. Anderson re outline of motion to void state court order (.2); reviewed Bankruptcy Code and Rules, Enyedi case, and state court order in preparation for drafting motion (2.6); drafted motion to void state court order (3.9). | 2,412.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 7/25/2013 | JNK | 5.60 | Continued analysis of order, prior briefs re petition to intervene, and research on preemption of state court orders in preparation for drafting motion to void state court order (2.1); continued drafting motion to void state court order (3.5). | 2,016.00 |
| 7/29/2013 | JNK | 7.20 | Continued research re supremacy clause and state court order (5.2); corresponded and telephone conference with R. Duncan re settlement possibilities, future settlement discussions, application to employ and conflicts issue raised by J. Dan and defendants (.9); telephone conference J. Dan re objection to motion to employ special counsel (.2); telephone conference with M. Anderson re same (.2); conferred with R. Peterson re settlement demand and approach to hearing on application to employ special counsel (.5); reviewed Waste Management objection to motion to employ (.2). | 2,592.00 |
| 7/30/2013 | JNK | 2.40 | Appeared at hearing on motion to employ J. Knapp as counsel to the Trustee and appeared at hearing on motion to employ R. Duncan as special counsel (.7); conferred with M. Anderson and J. Dan re objections to motion to employ special counsel (.3); telephone conference with R. Duncan re hearing results, next steps in case, and issues for discussion re settlement (.3); conferred with R. Peterson re hearing results and next steps (.1); reviewed draft amended complaint (.3); corresponded with R. Duncan re amended complaint and next steps (.3); telephone conference with R. Peterson and R. Duncan re settlement posture and next steps (.4). | 864.00 |
| 7/31/2013 | JNK | 0.40 | Corresponded with R. Duncan re order authorizing employment of R. Duncan as special counsel and draft of fourth amended complaint (.2); reviewed draft of fourth amended complaint in preparation for filing (.2). | 144.00 |
| 8/1/2013 | JNK | 0.20 | Conferred with R. Peterson re filing of Fourth Amended Complaint by special counsel (.1); corresponded to R. Duncan re instruction to file Fourth Amended complaint (.1). | 72.00 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/2/2013 | JNK | 0.10 | Conferred with R. Peterson and L. Huff re opening case and clearing conflicts. | 36.00 |
|---|---|---|---|---|
| 8/5/2013 | JNK | 0.70 | Corresponded with R. Schultz re status of motion to void state court order (.4); revised motion in preparation for sending current draft to R. Schultz (.3). | 252.00 |
| 8/6/2013 | JNK | 3.10 | Corresponded with R. Duncan re amended complaint (.1); continued preparation of motion to void state court order (2.6); prepared exhibits for motion to void state court order (.4). | 1,116.00 |
| 8/7/2013 | JNK | 5.80 | Corresponded with R. Duncan re filing of fourth amended complaint for trustee (.2); continued preparation for motion to void state court order (1.9); continued research re altering distribution scheme in section 726, and remedies for concealing assets (3.4); corresponded with R. Schultz re same (.3). | 2,088.00 |
| 8/8/2013 | JNK | 6.40 | Continued research re supremacy clause issues, distribution priority scheme for estate assets, exemptions, and judicial estoppel (3.7); continued drafting joint motion to void state court order (.8); conferred with R. Schultz re motion to void state court order and related case law (.7); conferred with R. Peterson and R. Duncan re possible joinder to state court motion to reconsider (.1); reviewed debtors' motion to reconsider re potential conflicts with joint motion to void order (.8); corresponded with R. Schultz re same (.3). | 2,304.00 |
| 8/8/2013 | MHMX | 0.50 | Reviewed creditor matrix, docket and claims register and prepared service list for motion to void order. | 155.00 |
| 8/12/2013 | JNK | 2.70 | Reviewed the debtors' motion for reconsideration in state court (.2); reviewed exhibits to Joint Motion to Void State Court Order (.5); continued revising joint motion (.6); reviewed Enyedi case re relief granted and form of order (.4); prepared draft order re joint motion (.6); corresponded with R. Schultz, et al., re status of motion, exhibits, draft order, and filing (.4). | 972.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 8/20/2013 | JNK | 0.80 | Reviewed case docket and draft motions re current status (.2); corresponded with R. Schultz re same (.4); conferred with R. Peterson re edits to joint motion (.2). | 288.00 |
| 8/21/2013 | JNK | 4.60 | Proof-read and finalized Joint Motion to Nullify state court order (3.6); conferred with R. Peterson, M. Anderson, and R. Schultz re same (.4); revised draft order and conferred with M. Anderson and R. Schultz re same (.6). | 1,656.00 |
| 8/22/2013 | MHMX | 0.30 | Prepared motion and exhibits for e-filing. | 93.00 |
| 8/22/2013 | MHMX | 0.30 | E-filed and prepared filed motion for service. | 93.00 |
| 8/22/2013 | JNK | 0.20 | Reviewed defendants' answer to Trustee's amended complaint. | 72.00 |
| 8/29/2013 | JNK | 1.50 | Reviewed motion in preparation for hearing (.2); appeared at hearing before Judge Hollis (1.0); conferred with R. Schultz, R. Duncan, and R. Peterson re results of hearing (.3) | 540.00 |
| 9/6/2013 | JNK | 0.20 | Corresponded with R. Duncan re status of settlement negotiations. | 72.00 |
| 9/16/2013 | JNK | 0.20 | Reviewed Cook County order and status. | 72.00 |
| 9/17/2013 | JNK | 0.80 | Reviewed opinion of J. Panter in similar case where defense counsel sought an order barring debtors from recovery (.4); conferred with R. Duncan and R. Schultz re same and settlement negotiation status (.4). | 288.00 |
| 9/24/2013 | JNK | 0.80 | Corresponded with R. Duncan and M. Anderson re Fox Swibel work on behalf of the debtors (.4); telephone conference with R. Duncan re settlement posture, motion for consideration status, and Defendants' response in bankruptcy court (.4). | 288.00 |
| 9/27/2013 | JNK | 1.30 | Analyzed Waste Management's response brief opposing Trustee and debtors' motion to nullify Circuit Court order. | 468.00 |
| 9/30/2013 | JNK | 0.10 | Conferred with R. Duncan re response brief. | 36.00 |
| 9/30/2013 | JNK | 0.60 | Telephone conference with R. Schultz re analysis of Waste Management brief and joint reply brief (.3); began outlining Trustee's section of reply brief (.3). | 216.00 |

10

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/2/2013 | JNK | 1.80 | Reviewed recording of 341 meeting testimony of debtors in preparation for drafting reply brief (.4); reviewed deposition transcripts re A. Amadei and G. Amadei and testimony of bankruptcy filing (.9); corresponded with R. Duncan re settlement status and discovery (.2); reviewed recent proof of claim, claim register, claims bar date, and conferred with R. Peterson re same (.3). | 648.00 |
| 10/3/2013 | JNK | 1.90 | Outlined reply brief section (.9); researched cases cited (.5); conferred with R. Peterson re approach and specific assertions (.2); reviewed cases cited by Defendant in response brief (.3). | 684.00 |
| 10/4/2013 | JNK | 3.70 | Continued analysis of case law cited by Defendants in response brief (1.9); drafted section of reply brief (1.8). | 1,332.00 |
| 10/7/2013 | JNK | 5.60 | Continued review of case law cited by Waste Management re distinguishing factors (2.2); conferred with R. Peterson re strategy in reply brief (.5); continued drafting reply brief (2.9). | 2,016.00 |
| 10/8/2013 | JNK | 11.40 | Continued analysis of cases cited by Defendants (2.4); continued drafting section of reply brief (4.2); conferred with R. Schultz re brief direction, status, and revisions (.3); revised reply brief (4.5) | 4,104.00 |
| 10/9/2013 | JNK | 5.60 | Continued revisions to reply brief (5.3); conferred with R. Schultz re reply brief status and strategy (.3). | 2,016.00 |
| 10/10/2013 | JNK | 1.50 | Continued revisions to reply brief (.6); corresponded with R. Schultz, M. Anderson, and R. Duncan re same (.4); conferred with R. Peterson re his review of Reply brief (.5). | 540.00 |
| 10/11/2013 | JNK | 3.00 | Conferred with R. Peterson re edits to Reply brief (.4); made final edits to Reply brief (.2); conferred with R. Schultz and M. Anderson re edits to Reply brief (.3); proofread Reply brief (2.1). | 1,080.00 |
| 10/11/2013 | MHMX | 1.30 | Prepared and e-filed and motion to nullify. | 403.00 |
| 10/15/2013 | JNK | 0.50 | Corresponded with R. Duncan re motion to void order and related strategy. | 180.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/21/2013 | JNK | 2.10 | Conferred with R. Schultz and R. Duncan in preparation for hearing on motion to void state court order (.3); prepared for oral argument on motion to void state court order (1.8). | 756.00 |
|---|---|---|---|---|
| 10/22/2013 | JNK | 5.20 | Continued preparation for hearing on motion to nullify state court order (1.2); appeared at hearing on motion to nullify state court order (1.4); conferred with R. Peterson re settlement posture (.1); corresponded with R. Peterson, R. Duncan, M. Anderson, and R. Schultz re results of hearing and next steps (.4); ordered transcript of hearing (.1); drafted revised proposed order on motion to nullify state court order (1.4); corresponded with group re same (.3); corresponded with J. Dan re proposed order (.1); conferred with R. Peterson and L. Yap re preparing and filing claims on behalf of creditors that did not file claims (.2). | 1,872.00 |
| 10/22/2013 | MHMX | 0.30 | Worked on ordering hearing transcript. | 93.00 |
| 10/25/2013 | JNK | 1.20 | Corresponded with J. Dan and R. Schultz re proposed order on voiding state court order (.5); reviewed hearing transcript (.5); corresponded and telephone conference with court reporter J. DeFini re corrections to transcript (.2). | 432.00 |
| 10/28/2013 | JNK | 0.30 | Reviewed transcript of hearing, correspondence from R. Schultz, and correspondence from J. Dan re Amadei proposed order. | 108.00 |
| 10/29/2013 | JNK | 3.10 | Reviewed transcript of hearing on motion to void state court order and draft order (.7); corresponded and telephone conference with J. Dan re order objections (.5); revised draft order (.5); corresponded with R. Peterson, M. Anderson, R. Schultz, and R. Duncan re approach to order revisions (.5); telephone conference with R. Schultz re revised order and J. Dan correspondence (.2); further correspondence with J. Dan re new version of order (.7). | 1,116.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/31/2013 | JNK | 2.20 | Corresponded with J. Dan re draft order (.9); conferred with R. Schultz, M. Anderson, R. Peterson and R. Duncan re next steps and submission of non-agreed draft order (.3); telephone conference with R. Duncan re approach to J. Phelan re draft order (.2); corresponded with J. Phelan re draft order and hearing transcript issues (.6); telephone conference with J. Phelan re same (.2). | 792.00 |
| 11/1/2013 | JNK | 0.40 | Corresponded with J. Phelan re case status and review of draft order. | 144.00 |
| 11/4/2013 | JNK | 2.00 | Reviewed correspondence with J. Dan re draft order issues (.7); corresponded with J. Phelan re review and decision re draft order (.5); conferred with R. Schultz re approach to draft order (.4); telephone conference with chambers of Judge Hollis re approach to draft order (.2); telephone conference with R. Duncan re same (.2). | 720.00 |
| 11/5/2013 | MSTX | 0.40 | Review and comment on letter to judge re order (.2); follow up conference with J. Knapp re same (.2). | 302.00 |
| 11/5/2013 | JNK | 5.90 | Telephone conference with S. Beckerman re procedure for draft order submission (.3); reviewed correspondence with J. Dan, hearing transcript, and draft order in preparation for correspondence to Judge Hollis (.9); drafted correspondence to Judge Hollis re draft order and dispute (1.7); conferred with M. Terrien re same (.3); conferred with R. Schultz and M. Anderson re same (.2); analyzed debts scheduled by Debtors and conferred with L. Yap re approach to claims for filing by Trustee (.7); reviewed correspondence from J. Dan to S. Beckerman and counsel (.2); conferred and corresponded with M. Anderson, R. Schultz, R. Duncan, and R. Peterson re draft order next steps and J. Dan correspondence to S. Beckerman (1.6). | 2,124.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/6/2013 | JNK | 4.90 | Reviewed message from S. Beckerman re draft order (.1); conferred with R. Peterson, M. Anderson, and R. Schultz re approach to amended notice (.5); drafted amended notice and prepared exhibits re same (1.8); assisted with filing of amended notice (.6); prepared service copy (.2); reviewed trustee's filed proofs of claim (.4); telephone conference with R. Duncan re status of personal injury negotiations (.2); reviewed Enyedi precedent re orders and opinion (.4); corresponded with R. Schultz re approach to hearing following R. Duncan news regarding Waste Management's position against all agreed orders (.7). | 1,764.00 |
| 11/7/2013 | JNK | 2.20 | Appeared at hearing before J. O'Hara re status of personal injury case (1.2); conferred with R. Peterson re same, next steps, medical discovery, and settlement possibilities (.3); reviewed claims filed today (.4); corresponded with R. Schultz re Trustee's filed claims and approach to maximizing the value of estate for creditors and debtors (.3). | 792.00 |
| 11/11/2013 | JNK | 1.30 | Reviewed status of filed claims (.5); reviewed background on potential pre-petition foreclosure, schedules, evidence of possible deficiency, and related issues (.4); telephone conference and corresponded with C. Flaningham re same (.4). | 468.00 |
| 11/14/2013 | JNK | 4.30 | Prepared for hearing before Judge Hollis re draft order (.6); attended hearing before Judge Hollis re form of draft order (1.2); corresponded with R. Schultz re hearing before Judge Hollis (.2); telephone conference with R. Duncan re hearing before Judge Hollis on form of order (.4); telephone conference with C. Flaningham re hearing status and follow-up on potential deficiency claim (.3); telephone conference and corresponded with R. Arredondo and D. Olswang re deficiency balance in mortgage foreclosure on Kankakee County home (.9); reviewed deficiency balance backup (.5); conferred with R. Peterson re in rem nature of deficiency (.2). | 1,548.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/15/2013 | JNK | 0.40 | Reviewed order voiding state court offending provisions (.2); corresponded with R. Duncan, M. Anderson, and R. Schultz re same and re next steps (.2). | 144.00 |
| 12/10/2013 | JNK | 0.20 | Corresponded with M. Anderson, R. Schultz, and R. Duncan re judicial estoppel law in sister circuit. | 72.00 |
| 1/15/2014 | JNK | 0.10 | Corresponded with R. Duncan and R. Schultz re status hearing. | 36.00 |
| 1/16/2014 | JNK | 0.10 | Reviewed correspondence from R. Duncan re case and medical discovery status. | 36.00 |
| 2/6/2014 | JNK | 0.70 | Telephone conference with and corresponded with R. Duncan re case status, medical discovery, and settlement prospects. | 252.00 |
| 2/27/2014 | JNK | 0.10 | Reviewed correspondence from R. Duncan re potential mediation of personal injury action. | 36.00 |
| 2/28/2014 | JNK | 0.10 | Corresponded with R. Duncan re potential mediation of personal injury action. | 36.00 |
| 3/6/2014 | JNK | 0.10 | Corresponded with R. Duncan re mediation of personal injury case and conferred with R. Peterson re same. | 36.00 |
| 3/10/2014 | JNK | 0.40 | Conferred with R. Peterson re mediation and settlement rang (.2); corresponded with R. Duncan re same (.2). | 144.00 |
| 3/11/2014 | JNK | 0.50 | Corresponded with R. Duncan re settlement and mediation (.1); telephone conference with R. Duncan and R. Peterson re mediation preparation and settlement authority (.4). | 180.00 |
| 4/2/2014 | JNK | 0.30 | Telephone conference with R. Duncan re Amadei mediation. | 108.00 |
| 4/3/2014 | JNK | 2.90 | Attended mediation of personal injury action before Judge Ward (2.7); conferred with R. Duncan re same (.2). | 1,044.00 |
| 4/3/2014 | JNK | 0.20 | Corresponded with W. Hackney re Amadei debt claim. | 72.00 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/7/2014 | JNK | 0.50 | Corresponded with R. Duncan re signed retainer agreement (.2); corresponded and telephone conference with W. Hackney re E-Z loan to debtors and potential citation to discover assets to Trustee (.3). | 180.00 |
| 4/9/2014 | JNK | 0.40 | Conferred with R. Peterson re post-petition creditor's intent to serve a citation to discover assets on trustee (.2); corresponded with W. Hackney re same (.2). | 144.00 |
| 4/17/2014 | JNK | 0.10 | Reviewed interrogatories from defendant Waste Management. | 36.00 |
| 4/22/2014 | JNK | 0.10 | Telephone conference with R. Duncan re discovery from defendant re debtor's injuries. | 36.00 |
| 5/6/2014 | JNK | 0.20 | Corresponded with R. Duncan re settlement of Estate's personal injury claims. | 72.00 |
| 6/5/2014 | JNK | 0.20 | Corresponded with R. Duncan re settlement and next steps. | 72.00 |
| 6/9/2014 | JNK | 0.10 | Corresponded with R. Duncan re settlement agreement and CMS reimbursement provisions. | 36.00 |
| 6/19/2014 | JNK | 0.50 | Telephone conference and corresponded with R. Duncan re settlement structure and next steps. | 180.00 |
| 7/28/2014 | JNK | 0.20 | telephone conference with R. Duncan re indemnification issues and call with R. Peterson, R. Duncan and Waste Management counsel re same. | 72.00 |
| 8/7/2014 | JNK | 0.20 | Corresponded with R. Duncan re status of settlement agreement. | 72.00 |
| 8/12/2014 | AMA | 1.70 | Reviewed docket and settlement and drafted 9019 motion (1.4); conference with R. Peterson re same (.3). | 986.00 |
| 8/15/2014 | MXP | 2.20 | Prepared notice of motion, certificate of service and proposed order for 9019 motion(1.30); prepared copies, envelopes and mailed same to service list (.90). | 440.00 |
| 8/15/2014 | AMA | 2.10 | Reviewed and revised 9019 motion and coordinated failing of same. | 1,218.00 |
| 1/6/2015 | JDV | 0.30 | Retrieved claims register to send to outside counsel. | 114.00 |

16

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

205.30        PROFESSIONAL SERVICES                                $74,246.50

# EXHIBIT B

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL S. TERRIEN | | .40 | 755.00 | 302.00 |
| ANGELA M. ALLEN | | 3.80 | 580.00 | 2,204.00 |
| ANGELA M. ALLEN | | 1.40 | 545.00 | 763.00 |
| JOHN D. VANDEVENTER | | .30 | 380.00 | 114.00 |
| JASON N. KNAPP | | 187.60 | 360.00 | 67,536.00 |
| JASON N. KNAPP | | 4.80 | 295.00 | 1,416.00 |
| MICHAEL H. MATLOCK | | 3.70 | 310.00 | 1,147.00 |
| MICHAEL H. MATLOCK | | 1.10 | 295.00 | 324.50 |
| MARC A. PATTERSON | | 2.20 | 200.00 | 440.00 |
| | TOTAL | 205.30 | | $74,246.50 |

# EXHIBIT C

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 8/7/2013 | Photocopy Expense | 2.20 |
| 8/14/2013 | Photocopy Expense | 2.10 |
| 8/16/2013 | Photocopy Expense | 3.40 |
| 8/21/2013 | Photocopy Expense | 1.30 |
| 8/22/2013 | Photocopy Expense | 17.30 |
| 8/22/2013 | Postage Expense | 11.24 |
| 8/31/2013 | Lexis Research | 179.47 |
| 9/30/2013 | Lexis Research | 125.69 |
| 10/11/2013 | Postage Expense | 7.92 |
| 10/28/2013 | J. DeFini - Court Reporter Charge | 44.00 |
| 10/31/2013 | Lexis Research | 21.76 |
| 11/6/2013 | Photocopy Expense | 29.90 |
| 11/6/2013 | Postage Expense | 11.84 |
| 11/7/2013 | Photocopy Expense | .20 |
| 11/14/2013 | Photocopy Expense | 2.30 |
| 1/8/2014 | Pacer Service Center Charges | 2.30 |
| 8/15/2014 | Postage Expense | 11.27 |
| 8/15/2014 | Photocopy Expense | 27.72 |
| 10/7/2014 | Pacer Service Center Charges | 3.20 |
| 10/7/2014 | Pacer Service Center Charges | 5.50 |
| | TOTAL DISBURSEMENTS | $ 510.61 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GINA M. AMADEI AND ANTHONY J. | ) | CASE NO. 10-12855 |
| AMADEI, | ) | |
| | ) | The Honorable Pamela S. Hollis, |
| Debtors. | ) | Presiding |

## <u>DECLARATION OF RONALD R. PETERSON</u>

I, Ronald R. Peterson, pursuant to 28 U.S.C. § 1746, do declare as follows:

1.      I am a Partner in the law firm of Jenner & Block LLP ("Jenner"), which serves as bankruptcy counsel to the Trustee in the above-captioned chapter 7 case.

2.      I have read the foregoing Application of Jenner for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are true and correct, to the best of my knowledge, information and belief.

3.      There is no agreement or understanding between Jenner and any other party for a division of compensation as counsel to the Trustee.

4.      No division prohibited by the Bankruptcy Code will be made by Jenner.

5.      No agreement prohibited by Title 18, Section 155, has been made.

6.      I declare under penalty of perjury that the foregoing is true and correct.


_____*/s/ Ronald R. Peterson*_____
Ronald R. Peterson

Executed this 27th day of March 2015.