UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMADEI, GINA M. | § | Case No. 10-12855 PSH |
| AMADEI, ANTHONY J | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/14/2015 in Courtroom 644,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2015                                        By: UNITED STATES BANKRUPTCY
                                                                    COURT
                                                                                              Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
AMADEI, GINA M. § Case No. 10-12855 PSH
AMADEI, ANTHONY J §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 475,000.00 |
| and approved disbursements of | $ | 216,175.73 |
| leaving a balance on hand of[1] | $ | 258,824.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 21,342.14 | $ 0.00 | $ 21,342.14 |
| Trustee Expenses: RONALD R. PETERSON | $ 231.76 | $ 0.00 | $ 231.76 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 74,246.50 | $ 0.00 | $ 74,246.50 |
| Other: JENNER & BLOCK LLP | $ 510.61 | $ 0.00 | $ 510.61 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 96,331.01 |
| Remaining Balance | $ 162,493.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,663.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Charles Kuslolek & Lindsay Parkhurst<br>The Law Offices of Lindsay A. Parkhurst, P.C.<br>1 Dearborn Square, Suite 320<br>Kankakee, IL 60901 | $ 5,663.27 | $ 0.00 | $ 5,663.27 |
| | Total to be paid to priority creditors | | | $ 5,663.27 |
| | Remaining Balance | | | $ 156,829.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,920.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | $ 2,824.31 | $ 0.00 | $ 2,824.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC (CREDIT ONE BANK,N.A.) 294 Union St. Hackensack, NJ 07601 | $ 374.95 | $ 0.00 | $ 374.95 |
| 000004 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | $ 1,091.31 | $ 0.00 | $ 1,091.31 |
| 000005 | The Women's Group of Northwestern c/o Certified Services Inc PO Box 177 Waukegan, IL 60079 | $ 959.20 | $ 0.00 | $ 959.20 |
| 000006 | Nicor Gas Po box 549 Aurora il 60507 | $ 2,671.15 | $ 0.00 | $ 2,671.15 |

Total to be paid to timely general unsecured creditors       $       7,920.92

Remaining Balance       $       148,909.07

Tardily filed claims of general (unsecured) creditors totaling $ 64,072.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Aaron's Sales & Lease Ownership 1015 Cobb Place Blvd. Kennesaw, GA 30144 | $ 529.00 | $ 0.00 | $ 529.00 |
| 000008 | Advocate Christ Medical Center P.O. Box 70508 Chicago, IL 60673-0508 | $ 820.80 | $ 0.00 | $ 820.80 |
| 000009 | Advocate Medical Group 75 Remittance Drive, Suite 1019 Chicago, IL 60675-1019 | $ 210.00 | $ 0.00 | $ 210.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ 805.00 | $ 0.00 | $ 805.00 |
| 000011 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ 907.99 | $ 0.00 | $ 907.99 |
| 000012 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 229.00 | $ 0.00 | $ 229.00 |
| 000013 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 174.00 | $ 0.00 | $ 174.00 |
| 000014 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 98.00 | $ 0.00 | $ 98.00 |
| 000015 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 164.00 | $ 0.00 | $ 164.00 |
| 000016 | Arnold Scott Harris, P.C. Attorney At Law 222 Merchandise Mart Plaza #1900 Chicago, IL 60654 | $ 488.00 | $ 0.00 | $ 488.00 |
| 000017 | AT&T Attn: Bankruptcy P.O. Box 769 Arlington, TX 76004-0769 | $ 157.64 | $ 0.00 | $ 157.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000018 | B.C.C.<br>29 E. Madison St., Suite 1650<br>Chicago, IL 60602 | $ 170.64 | $ 0.00 | $ 170.64 |
| 000019 | CB Accounts<br>P.O. Box 1289<br>Peoria, IL 61654-1289 | $ 850.00 | $ 0.00 | $ 850.00 |
| 000020 | CBUSA, Inc.<br>P.O. Box 8000<br>Hammond, IN 46325-8000 | $ 385.00 | $ 0.00 | $ 385.00 |
| 000021 | Chadwicks of Boston<br>P.O. Box 4400<br>Taunton, MA 02780-7359 | $ 354.97 | $ 0.00 | $ 354.97 |
| 000022 | City of Chicago Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | $ 1,013.60 | $ 0.00 | $ 1,013.60 |
| 000023 | Collection Recovery Bureau<br>5834 Nibrie St., Suite A-142<br>Sylvania, OH 43560 | $ 119.00 | $ 0.00 | $ 119.00 |
| 000024 | Collection Systems Inc.<br>8 S. Michigan Ste. 6<br>Chicago, IL 60603 | $ 337.00 | $ 0.00 | $ 337.00 |
| 000025 | Credit Collection Services<br>Two Wells Avenue, Dept. 9134<br>Newton, MA 02459 | $ 153.59 | $ 0.00 | $ 153.59 |
| 000026 | Credit Collection Services<br>Two Wells Avenue, Dept. 9133<br>Newton, MA 02459 | $ 99.98 | $ 0.00 | $ 99.98 |
| 000027 | Credit Management.LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | $ 420.25 | $ 0.00 | $ 420.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Credit Recovery, Inc.<br>P.O. Box 916<br>Ottawa, IL 61350 | $ 78.00 | $ 0.00 | $ 78.00 |
| 000029 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | $ 165.00 | $ 0.00 | $ 165.00 |
| 000030 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | $ 63.00 | $ 0.00 | $ 63.00 |
| 000031 | Creditors Discount & Audit<br>P.O. Box 213<br>415 E Main St<br>Streator, IL 61364-0213 | $ 108.00 | $ 0.00 | $ 108.00 |
| 000032 | Creditors Discount & Audit<br>P.O. Box 213<br>415 Main St.<br>Streator, IL 61364-0213 | $ 405.00 | $ 0.00 | $ 405.00 |
| 000033 | Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225 | $ 1,605.42 | $ 0.00 | $ 1,605.42 |
| 000034 | Creditors Interchange<br>P.O. Box 2270<br>Buffalo, NY 14240-2270 | $ 430.18 | $ 0.00 | $ 430.18 |
| 000035 | Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255 | $ 474.64 | $ 0.00 | $ 474.64 |
| 000036 | Diversified Credit Services<br>900 South Highway<br>Suite 210<br>Fenton, MO 63026 | $ 370.00 | $ 0.00 | $ 370.00 |
| 000037 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | $ 814.00 | $ 0.00 | $ 814.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | Enterprise Recovery Systems Inc<br>2400 S. Wolf Road, Suite 200<br>Westchester, IL 60154 | $ 262.00 | $ 0.00 | $ 262.00 |
| 000039 | EPMG of Illinois, S.C.<br>P.O. Box 95968<br>Oklahoma City, OK 73143-5968 | $ 135.00 | $ 0.00 | $ 135.00 |
| 000040 | Financial Recovery Services<br>802 N. Clinton St., Suite B<br>Bloomington, IL 61701-3294 | $ 65.00 | $ 0.00 | $ 65.00 |
| 000041 | First National Credit Card<br>500 E. 60th St. N<br>Sioux Falls, SD 57104-0478 | $ 431.00 | $ 0.00 | $ 431.00 |
| 000042 | G C Services<br>Acct No xxxxxx0245<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | $ 989.00 | $ 0.00 | $ 989.00 |
| 000043 | GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | $ 2,697.89 | $ 0.00 | $ 2,697.89 |
| 000044 | Harvard Collection Services<br>4839 N Elston Ave<br>Chicago, IL 60630-2534 | $ 561.10 | $ 0.00 | $ 561.10 |
| 000045 | Heller and Frisone, LTD<br>33 North LaSalle Street Suite 1200<br>Chicago, IL 60602 | $ 2,110.84 | $ 0.00 | $ 2,110.84 |
| 000046 | Hooked on Phonics<br>1407 Fleet St.<br>Baltimore, MD 21231 | $ 256.35 | $ 0.00 | $ 256.35 |
| 000047 | In The Swim<br>320 Industrial Drive<br>West Chicago, IL 60185 | $ 3,253.19 | $ 0.00 | $ 3,253.19 |

UST Form 101-7-NFR (10/1/2010) *(Page: 8)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | John Misheuski<br>8721 W. 170th St.<br>Orland Park, IL 60462 | $ 1,694.00 | $ 0.00 | $ 1,694.00 |
| 000049 | Law Offices of Mitchell N. Kay, P.C<br>7 Penn Plaza<br>New York, NY 10001 | $ 309.05 | $ 0.00 | $ 309.05 |
| 000050 | Malibu Pilates<br>95 Old Shoals Road, Dept. C<br>Arden, NC 28704 | $ 239.80 | $ 0.00 | $ 239.80 |
| 000051 | Michael J. Athans, Ph.D. & Assoc.<br>32 Main Street<br>Park Ridge, IL 60068 | $ 35.60 | $ 0.00 | $ 35.60 |
| 000052 | Monco Law Offices, S.C.<br>P.O. Box 1641<br>Brookfield, WI 53008 | $ 946.54 | $ 0.00 | $ 946.54 |
| 000053 | MRSI<br>2200 E Devon Ave Ste 288<br>Des Plaines, IL 60018 | $ 226.00 | $ 0.00 | $ 226.00 |
| 000054 | Municipal Collection Services, Inc<br>PO Box 666<br>Lansing, IL 60438-0666 | $ 250.00 | $ 0.00 | $ 250.00 |
| 000055 | National Recovery Agency<br>2491 Paxton St<br>Harrisburg, PA 17111 | $ 364.00 | $ 0.00 | $ 364.00 |
| 000056 | Nationwide Credit & Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ 844.25 | $ 0.00 | $ 844.25 |
| 000057 | Nationwide Credit & Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ 161.40 | $ 0.00 | $ 161.40 |
| 000058 | Nationwide Credit & Collection, Inc<br>9919 Roosevelt Road<br>Westchester, IL 60154 | $ 283.37 | $ 0.00 | $ 283.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000059 | NCO Financial Systems, Inc.<br>507 Prudential Rd<br>Horsham, PA 19044 | $ 1,110.74 | $ 0.00 | $ 1,110.74 |
| 000060 | New Orland Park Currency Exchange<br>15010 S. LaGrange Road<br>Orland Park, IL 60462 | $ 672.00 | $ 0.00 | $ 672.00 |
| 000061 | North Shore Agency, Inc.<br>270 Spagnoli Road<br>Suite 111<br>Melville, NY 11747-3515 | $ 15.00 | $ 0.00 | $ 15.00 |
| 000062 | Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673-7690 | $ 850.96 | $ 0.00 | $ 850.96 |
| 000063 | OakLawn Radiology Imaging Consultants<br>37241 Eagle Way<br>Chicago, IL 60678 | $ 43.00 | $ 0.00 | $ 43.00 |
| 000064 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ 45.00 | $ 0.00 | $ 45.00 |
| 000065 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ 27.00 | $ 0.00 | $ 27.00 |
| 000066 | Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | $ 104.59 | $ 0.00 | $ 104.59 |
| 000067 | Peoples Energy Special Projects (Bankruptcy)<br>130 East Randolph Street<br>Chicago, IL 60601-6207 | $ 945.83 | $ 0.00 | $ 945.83 |
| 000068 | Physician Billing Service<br>P.O. Box 781<br>Kankakee, IL 60901 | $ 153.00 | $ 0.00 | $ 153.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000069 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | $ 411.00 | $ 0.00 | $ 411.00 |
| 000070 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 150.00 | $ 0.00 | $ 150.00 |
| 000071 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 250.00 | $ 0.00 | $ 250.00 |
| 000072 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| 000073 | Retrieval Masters<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ 15.97 | $ 0.00 | $ 15.97 |
| 000074 | Retrieval Masters Creditors Bureau<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ 19.99 | $ 0.00 | $ 19.99 |
| 000075 | Riverside Community Health Center<br>P.O. Box 781<br>Kankakee, IL 60901 | $ 153.00 | $ 0.00 | $ 153.00 |
| 000076 | RJM Acquisitions Funding LLC<br>575 Underhill Boulevard, Suite 224<br>Syosset, NY 11791-3416 | $ 171.22 | $ 0.00 | $ 171.22 |
| 000077 | ROL Youth Foundation<br>8500 W. 191st St.<br>Mokena, IL 60448 | $ 442.50 | $ 0.00 | $ 442.50 |
| 000078 | Rush University Medical Center<br>P.O. Box 4075<br>Carol Stream, IL 60197-4075 | $ 250.78 | $ 0.00 | $ 250.78 |
| 000079 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | $ 51.20 | $ 0.00 | $ 51.20 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000080 | Rush University Medical Group<br>75 Remittance Drive, Dept. 6379<br>Chicago, IL 60675-1611 | $ 256.00 | $ 0.00 | $ 256.00 |
| 000081 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | $ 22.60 | $ 0.00 | $ 22.60 |
| 000082 | Sanija Bajramovic, M.D., S.C.<br>P.O. Box 388320<br>Chicago, IL 60638-8330 | $ 50.00 | $ 0.00 | $ 50.00 |
| 000083 | Shaffer & Associates<br>101 South 5th St., Suite 100<br>Columbia, MO 65201 | $ 175.00 | $ 0.00 | $ 175.00 |
| 000084 | Sterling & King, Inc.<br>P.O. Box 300639<br>Fern Park, FL 32730-0639 | $ 569.70 | $ 0.00 | $ 569.70 |
| 000085 | Suburban Ear Nose & Throat Spclsts<br>P.O. Box 3173<br>Carol Stream, IL 60132-3173 | $ 25.00 | $ 0.00 | $ 25.00 |
| 000086 | Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | $ 50.44 | $ 0.00 | $ 50.44 |
| 000087 | Take Care Health Illinois<br>Suite 101<br>4165 30th Avenue South<br>Fargo, ND 58104-8419 | $ 68.00 | $ 0.00 | $ 68.00 |
| 000088 | Target National Bank<br>C/O Target Credit Services<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | $ 1,551.00 | $ 0.00 | $ 1,551.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000089 | Tek Ciollect<br>P.O. Box 1269<br>Columbus, OH 43216 | $ 405.00 | $ 0.00 | $ 405.00 |
| 000090 | The Payday Loan Store of Illinois<br>177 W. Lake St..<br>Chicago, IL 60601 | $ 400.00 | $ 0.00 | $ 400.00 |
| 000091 | Transworld Systems Inc<br>25 Northwest Pt Blvd, Suite 750<br>Elk Grove Village, IL 60007 | $ 66.20 | $ 0.00 | $ 66.20 |
| 000092 | TRS Recovery Services Inc<br>P.O. Box 60012<br>City Of Industry, CA 91716-0012 | $ 694.00 | $ 0.00 | $ 694.00 |
| 000093 | Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | $ 256.00 | $ 0.00 | $ 256.00 |
| 000094 | U.S. Department of Veterans Affairs<br>P.O. Box 1930<br>Saint Paul, MN 55101-0930 | $ 2,446.00 | $ 0.00 | $ 2,446.00 |
| 000095 | Universal Fidelity LP<br>POB 941911<br>Houston, TX 77094-8911 | $ 130.30 | $ 0.00 | $ 130.30 |
| 000096 | Village of Orland Park Traffic Compliance Administrator<br>15100 S. Ravinia Avenure<br>Orland Park, IL 60462 | $ 500.00 | $ 0.00 | $ 500.00 |
| 000097 | Village of Worth Receivable Management<br>3348 Ridge Rd<br>Lansing, IL 60438 | $ 225.00 | $ 0.00 | $ 225.00 |
| 000098 | West Asset Management<br>2703 N. Highway 75<br>Sherman, TX 75090 | $ 456.00 | $ 0.00 | $ 456.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000099 | West Asset Management, Inc.<br>PO Box 105646<br>Atlanta, GA 31139 | $ 17,009.85 | $ 0.00 | $ 17,009.85 |
| 000100 | Western Governors University<br>4001 South 700 East<br>Suite 700<br>Salt Lake City, UT 84107 | $ 1,109.60 | $ 0.00 | $ 1,109.60 |
| 000101 | Yatin Shah, M.D., S.C.<br>34609 Eagle Way<br>Chicago, IL 60678-1346 | $ 108.00 | $ 0.00 | $ 108.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 64,072.55 |
| | Remaining Balance | | | $ 84,836.52 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,679.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 83,157.28 .

Prepared By: /s/Ronald R. Peterson
Trustee

RONALD R. PETERSON

*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 15)*