UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
§
AMADEI, GINA M. § Case No. 10-12855 PSH
AMADEI, ANTHONY J §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE U.S. BANKRUPTCY COURT
    KENNETH S. GARDNER
    219 S. Dearborn St.
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/14/2015 in Courtroom 644,
    UNITED STATES BANKRUPTCY COURT
    219 S. Dearborn St.
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2015      By: UNITED STATES BANKRUPTCY COURT
                                  COURT
                                                                      Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
AMADEI, GINA M. § Case No. 10-12855 PSH
AMADEI, ANTHONY J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 475,000.00 |
| and approved disbursements of | $ | 216,175.73 |
| leaving a balance on hand of[1] | $ | 258,824.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 21,342.14 | $ 0.00 | $ 21,342.14 |
| Trustee Expenses: RONALD R. PETERSON | $ 231.76 | $ 0.00 | $ 231.76 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 74,246.50 | $ 0.00 | $ 74,246.50 |
| Other: JENNER & BLOCK LLP | $ 510.61 | $ 0.00 | $ 510.61 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 96,331.01 |
| Remaining Balance | $ 162,493.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,663.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Charles Kuslolek & Lindsay Parkhurst<br>The Law Offices of Lindsay A. Parkhurst, P.C.<br>1 Dearborn Square, Suite 320<br>Kankakee, IL 60901 | $ 5,663.27 | $ 0.00 | $ 5,663.27 |
| | Total to be paid to priority creditors | | $ | 5,663.27 |
| | Remaining Balance | | $ | 156,829.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,920.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | $ 2,824.31 | $ 0.00 | $ 2,824.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC (CREDIT ONE BANK,N.A.) 294 Union St. Hackensack, NJ 07601 | $ 374.95 | $ 0.00 | $ 374.95 |
| 000004 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | $ 1,091.31 | $ 0.00 | $ 1,091.31 |
| 000005 | The Women's Group of Northwestern c/o Certified Services Inc PO Box 177 Waukegan, IL 60079 | $ 959.20 | $ 0.00 | $ 959.20 |
| 000006 | Nicor Gas Po box 549 Aurora il 60507 | $ 2,671.15 | $ 0.00 | $ 2,671.15 |

Total to be paid to timely general unsecured creditors           $           7,920.92

Remaining Balance                                              $         148,909.07

Tardily filed claims of general (unsecured) creditors totaling $ 64,072.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Aaron's Sales & Lease Ownership 1015 Cobb Place Blvd. Kennesaw, GA 30144 | $ 529.00 | $ 0.00 | $ 529.00 |
| 000008 | Advocate Christ Medical Center P.O. Box 70508 Chicago, IL 60673-0508 | $ 820.80 | $ 0.00 | $ 820.80 |
| 000009 | Advocate Medical Group 75 Remittance Drive, Suite 1019 Chicago, IL 60675-1019 | $ 210.00 | $ 0.00 | $ 210.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ 805.00 | $ 0.00 | $ 805.00 |
| 000011 | Allied Interstate Collection Agency 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231 | $ 907.99 | $ 0.00 | $ 907.99 |
| 000012 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 229.00 | $ 0.00 | $ 229.00 |
| 000013 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 174.00 | $ 0.00 | $ 174.00 |
| 000014 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 98.00 | $ 0.00 | $ 98.00 |
| 000015 | Americas Recovery Network P.O. Box 176610 Covington, KY 41017-6610 | $ 164.00 | $ 0.00 | $ 164.00 |
| 000016 | Arnold Scott Harris, P.C. Attorney At Law 222 Merchandise Mart Plaza #1900 Chicago, IL 60654 | $ 488.00 | $ 0.00 | $ 488.00 |
| 000017 | AT&T Attn: Bankruptcy P.O. Box 769 Arlington, TX 76004-0769 | $ 157.64 | $ 0.00 | $ 157.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | B.C.C.<br>29 E. Madison St., Suite 1650<br>Chicago, IL 60602 | $ 170.64 | $ 0.00 | $ 170.64 |
| 000019 | CB Accounts<br>P.O. Box 1289<br>Peoria, IL 61654-1289 | $ 850.00 | $ 0.00 | $ 850.00 |
| 000020 | CBUSA, Inc.<br>P.O. Box 8000<br>Hammond, IN 46325-8000 | $ 385.00 | $ 0.00 | $ 385.00 |
| 000021 | Chadwicks of Boston<br>P.O. Box 4400<br>Taunton, MA 02780-7359 | $ 354.97 | $ 0.00 | $ 354.97 |
| 000022 | City of Chicago<br>Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | $ 1,013.60 | $ 0.00 | $ 1,013.60 |
| 000023 | Collection Recovery Bureau<br>5834 Nibrie St., Suite A-142<br>Sylvania, OH 43560 | $ 119.00 | $ 0.00 | $ 119.00 |
| 000024 | Collection Systems Inc.<br>8 S. Michigan Ste. 6<br>Chicago, IL 60603 | $ 337.00 | $ 0.00 | $ 337.00 |
| 000025 | Credit Collection Services<br>Two Wells Avenue, Dept. 9134<br>Newton, MA 02459 | $ 153.59 | $ 0.00 | $ 153.59 |
| 000026 | Credit Collection Services<br>Two Wells Avenue, Dept. 9133<br>Newton, MA 02459 | $ 99.98 | $ 0.00 | $ 99.98 |
| 000027 | Credit Management.LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 | $ 420.25 | $ 0.00 | $ 420.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Credit Recovery, Inc.<br>P.O. Box 916<br>Ottawa, IL 61350 | $ 78.00 | $ 0.00 | $ 78.00 |
| 000029 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | $ 165.00 | $ 0.00 | $ 165.00 |
| 000030 | Creditors Collection<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | $ 63.00 | $ 0.00 | $ 63.00 |
| 000031 | Creditors Discount & Audit<br>P.O. Box 213<br>415 E Main St<br>Streator, IL 61364-0213 | $ 108.00 | $ 0.00 | $ 108.00 |
| 000032 | Creditors Discount & Audit<br>P.O. Box 213<br>415 Main St.<br>Streator, IL 61364-0213 | $ 405.00 | $ 0.00 | $ 405.00 |
| 000033 | Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225 | $ 1,605.42 | $ 0.00 | $ 1,605.42 |
| 000034 | Creditors Interchange<br>P.O. Box 2270<br>Buffalo, NY 14240-2270 | $ 430.18 | $ 0.00 | $ 430.18 |
| 000035 | Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255 | $ 474.64 | $ 0.00 | $ 474.64 |
| 000036 | Diversified Credit Services<br>900 South Highway<br>Suite 210<br>Fenton, MO 63026 | $ 370.00 | $ 0.00 | $ 370.00 |
| 000037 | Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | $ 814.00 | $ 0.00 | $ 814.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | Enterprise Recovery Systems Inc<br>2400 S. Wolf Road, Suite 200<br>Westchester, IL 60154 | $ 262.00 | $ 0.00 | $ 262.00 |
| 000039 | EPMG of Illinois, S.C.<br>P.O. Box 95968<br>Oklahoma City, OK 73143-5968 | $ 135.00 | $ 0.00 | $ 135.00 |
| 000040 | Financial Recovery Services<br>802 N. Clinton St., Suite B<br>Bloomington, IL 61701-3294 | $ 65.00 | $ 0.00 | $ 65.00 |
| 000041 | First National Credit Card<br>500 E. 60th St. N<br>Sioux Falls, SD 57104-0478 | $ 431.00 | $ 0.00 | $ 431.00 |
| 000042 | G C Services<br>Acct No xxxxxx0245<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | $ 989.00 | $ 0.00 | $ 989.00 |
| 000043 | GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | $ 2,697.89 | $ 0.00 | $ 2,697.89 |
| 000044 | Harvard Collection Services<br>4839 N Elston Ave<br>Chicago, IL 60630-2534 | $ 561.10 | $ 0.00 | $ 561.10 |
| 000045 | Heller and Frisone, LTD<br>33 North LaSalle Street<br>Suite 1200<br>Chicago, IL 60602 | $ 2,110.84 | $ 0.00 | $ 2,110.84 |
| 000046 | Hooked on Phonics<br>1407 Fleet St.<br>Baltimore, MD 21231 | $ 256.35 | $ 0.00 | $ 256.35 |
| 000047 | In The Swim<br>320 Industrial Drive<br>West Chicago, IL 60185 | $ 3,253.19 | $ 0.00 | $ 3,253.19 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | John Misheuski<br>8721 W. 170th St.<br>Orland Park, IL 60462 | $ 1,694.00 | $ 0.00 | $ 1,694.00 |
| 000049 | Law Offices of Mitchell N. Kay, P.C<br>7 Penn Plaza<br>New York, NY 10001 | $ 309.05 | $ 0.00 | $ 309.05 |
| 000050 | Malibu Pilates<br>95 Old Shoals Road, Dept. C<br>Arden, NC 28704 | $ 239.80 | $ 0.00 | $ 239.80 |
| 000051 | Michael J. Athans, Ph.D. & Assoc.<br>32 Main Street<br>Park Ridge, IL 60068 | $ 35.60 | $ 0.00 | $ 35.60 |
| 000052 | Monco Law Offices, S.C.<br>P.O. Box 1641<br>Brookfield, WI 53008 | $ 946.54 | $ 0.00 | $ 946.54 |
| 000053 | MRSI<br>2200 E Devon Ave Ste 288<br>Des Plaines, IL 60018 | $ 226.00 | $ 0.00 | $ 226.00 |
| 000054 | Municipal Collection Services, Inc<br>PO Box 666<br>Lansing, IL 60438-0666 | $ 250.00 | $ 0.00 | $ 250.00 |
| 000055 | National Recovery Agency<br>2491 Paxton St<br>Harrisburg, PA 17111 | $ 364.00 | $ 0.00 | $ 364.00 |
| 000056 | Nationwide Credit & Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ 844.25 | $ 0.00 | $ 844.25 |
| 000057 | Nationwide Credit & Collection<br>9919 Roosevelt Rd.<br>Westchester, IL 60154 | $ 161.40 | $ 0.00 | $ 161.40 |
| 000058 | Nationwide Credit & Collection, Inc<br>9919 Roosevelt Road<br>Westchester, IL 60154 | $ 283.37 | $ 0.00 | $ 283.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000059 | NCO Financial Systems, Inc.<br>507 Prudential Rd<br>Horsham, PA 19044 | $ 1,110.74 | $ 0.00 | $ 1,110.74 |
| 000060 | New Orland Park Currency Exchange<br>15010 S. LaGrange Road<br>Orland Park, IL 60462 | $ 672.00 | $ 0.00 | $ 672.00 |
| 000061 | North Shore Agency, Inc.<br>270 Spagnoli Road<br>Suite 111<br>Melville, NY 11747-3515 | $ 15.00 | $ 0.00 | $ 15.00 |
| 000062 | Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673-7690 | $ 850.96 | $ 0.00 | $ 850.96 |
| 000063 | OakLawn Radiology Imaging Consultants<br>37241 Eagle Way<br>Chicago, IL 60678 | $ 43.00 | $ 0.00 | $ 43.00 |
| 000064 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ 45.00 | $ 0.00 | $ 45.00 |
| 000065 | Palos Community Hospital<br>12251 S. 80th Ave<br>Palos Heights, IL 60463 | $ 27.00 | $ 0.00 | $ 27.00 |
| 000066 | Penn Credit Corporation<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | $ 104.59 | $ 0.00 | $ 104.59 |
| 000067 | Peoples Energy Special Projects (Bankruptcy)<br>130 East Randolph Street<br>Chicago, IL 60601-6207 | $ 945.83 | $ 0.00 | $ 945.83 |
| 000068 | Physician Billing Service<br>P.O. Box 781<br>Kankakee, IL 60901 | $ 153.00 | $ 0.00 | $ 153.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000069 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | $ 411.00 | $ 0.00 | $ 411.00 |
| 000070 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 150.00 | $ 0.00 | $ 150.00 |
| 000071 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 250.00 | $ 0.00 | $ 250.00 |
| 000072 | Receivable Management<br>3348 Ridge Road<br>Lansing, IL 60438 | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| 000073 | Retrieval Masters<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ 15.97 | $ 0.00 | $ 15.97 |
| 000074 | Retrieval Masters Creditors Bureau<br>2269 South Saw Mill River<br>Elmsford, NY 10523 | $ 19.99 | $ 0.00 | $ 19.99 |
| 000075 | Riverside Community Health Center<br>P.O. Box 781<br>Kankakee, IL 60901 | $ 153.00 | $ 0.00 | $ 153.00 |
| 000076 | RJM Acquisitions Funding LLC<br>575 Underhill Boulevard, Suite 224<br>Syosset, NY 11791-3416 | $ 171.22 | $ 0.00 | $ 171.22 |
| 000077 | ROL Youth Foundation<br>8500 W. 191st St.<br>Mokena, IL 60448 | $ 442.50 | $ 0.00 | $ 442.50 |
| 000078 | Rush University Medical Center<br>P.O. Box 4075<br>Carol Stream, IL 60197-4075 | $ 250.78 | $ 0.00 | $ 250.78 |
| 000079 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | $ 51.20 | $ 0.00 | $ 51.20 |

UST Form 101-7-NFR (10/1/2010) *(Page: 11)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000080 | Rush University Medical Group<br>75 Remittance Drive, Dept. 6379<br>Chicago, IL 60675-1611 | $ 256.00 | $ 0.00 | $ 256.00 |
| 000081 | Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | $ 22.60 | $ 0.00 | $ 22.60 |
| 000082 | Sanija Bajramovic, M.D., S.C.<br>P.O. Box 388320<br>Chicago, IL 60638-8330 | $ 50.00 | $ 0.00 | $ 50.00 |
| 000083 | Shaffer & Associates<br>101 South 5th St., Suite 100<br>Columbia, MO 65201 | $ 175.00 | $ 0.00 | $ 175.00 |
| 000084 | Sterling & King, Inc.<br>P.O. Box 300639<br>Fern Park, FL 32730-0639 | $ 569.70 | $ 0.00 | $ 569.70 |
| 000085 | Suburban Ear Nose & Throat Spclsts<br>P.O. Box 3173<br>Carol Stream, IL 60132-3173 | $ 25.00 | $ 0.00 | $ 25.00 |
| 000086 | Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | $ 50.44 | $ 0.00 | $ 50.44 |
| 000087 | Take Care Health Illinois<br>Suite 101<br>4165 30th Avenue South<br>Fargo, ND 58104-8419 | $ 68.00 | $ 0.00 | $ 68.00 |
| 000088 | Target National Bank<br>C/O Target Credit Services<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | $ 1,551.00 | $ 0.00 | $ 1,551.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000089 | Tek Ciollect<br>P.O. Box 1269<br>Columbus, OH 43216 | $ 405.00 | $ 0.00 | $ 405.00 |
| 000090 | The Payday Loan Store of Illinois<br>177 W. Lake St..<br>Chicago, IL 60601 | $ 400.00 | $ 0.00 | $ 400.00 |
| 000091 | Transworld Systems Inc<br>25 Northwest Pt Blvd, Suite 750<br>Elk Grove Village, IL 60007 | $ 66.20 | $ 0.00 | $ 66.20 |
| 000092 | TRS Recovery Services Inc<br>P.O. Box 60012<br>City Of Industry, CA 91716-0012 | $ 694.00 | $ 0.00 | $ 694.00 |
| 000093 | Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | $ 256.00 | $ 0.00 | $ 256.00 |
| 000094 | U.S. Department of Veterans Affairs<br>P.O. Box 1930<br>Saint Paul, MN 55101-0930 | $ 2,446.00 | $ 0.00 | $ 2,446.00 |
| 000095 | Universal Fidelity LP<br>POB 941911<br>Houston, TX 77094-8911 | $ 130.30 | $ 0.00 | $ 130.30 |
| 000096 | Village of Orland Park Traffic Compliance Administrator<br>15100 S. Ravinia Avenure<br>Orland Park, IL 60462 | $ 500.00 | $ 0.00 | $ 500.00 |
| 000097 | Village of Worth Receivable Management<br>3348 Ridge Rd<br>Lansing, IL 60438 | $ 225.00 | $ 0.00 | $ 225.00 |
| 000098 | West Asset Management<br>2703 N. Highway 75<br>Sherman, TX 75090 | $ 456.00 | $ 0.00 | $ 456.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000099 | West Asset Management, Inc. PO Box 105646 Atlanta, GA 31139 | $ 17,009.85 | $ 0.00 | $ 17,009.85 |
| 000100 | Western Governors University 4001 South 700 East Suite 700 Salt Lake City, UT 84107 | $ 1,109.60 | $ 0.00 | $ 1,109.60 |
| 000101 | Yatin Shah, M.D., S.C. 34609 Eagle Way Chicago, IL 60678-1346 | $ 108.00 | $ 0.00 | $ 108.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 64,072.55 |
| | Remaining Balance | | | $ 84,836.52 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,679.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 83,157.28 .

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*

*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-12855-PSH
Gina M. Amadei                                                      Chapter 7
Anthony J Amadei
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet        Page 1 of 3            Date Rcvd: Jun 11, 2015
                            Form ID: pdf006        Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2015.

```
db/jdb         +Gina M. Amadei,    Anthony J Amadei,    PO Box 1354,    Park Ridge, IL 60068-7354
15309741       +Aaron's Sales & Lease Ownership,    1015 Cobb Place Blvd.,    Kennesaw, GA 30144-3672
15309742        Advocate Christ Medical Center,    P.O. Box 70508,    Chicago, IL 60673-0508
15309743        Advocate Medical Group,    75 Remittance Drive, Suite 1019,    Chicago, IL 60675-1019
15309744       +Allied Interstate Collection Agency,    3000 Corporate Exchange Drive,    5th Floor,
                 Columbus, OH 43231-7723
15309746        Americas Recovery Network,    P.O. Box 176610,    Covington, KY 41017-6610
15309750       +Arnold Scott Harris, P.C.,    Attorney At Law,    222 Merchandise Mart Plaza #1900,
                 Chicago, IL 60654-1421
20752955       +Atlas Acquisitions LLC   (CREDIT ONE BANK,N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
15309752      ++BONDED COLLECTION CORPORATION,    PO BOX 2248,    NORCROSS GA 30091-2248
                (address filed with court: B.C.C.,     29 E. Madison St., Suite 1650,    Chicago, IL 60602)
15309753       +CACH LLC,    Acct No xxxxxxxxxxxxx5635,    320 17th St.,    Denver, CO 80203-1274
15309754        CB Accounts,    P.O. Box 1289,    Peoria, IL 61654-1289
20756150       +Charles Kuslolek & Lindsay Parkhurst,    The Law Offices of,    Lindsay A. Parkhurst, P.C.,
                 1 Dearborn Square, Suite 320,    Kankakee, IL 60901-3957
15309758       +City of Chicago,    Department of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
15309759        Collection Recovery Bureau,    5834 Nibrie St., Suite A-142,    Sylvania, OH 43560
15309760       +Collection Systems Inc.,    8 S. Michigan Ste. 6,    Chicago, IL 60603-3469
15309764        Credit Management.LP,    4200 International Parkway,    Carrollton, TX 75007-1912
15309765       +Credit Recovery, Inc.,    P.O. Box 916,    Ottawa, IL 61350-0916
15309768       +Creditors Discount & Audit,    P.O. Box 213,    415 E Main St,    Streator, IL 61364-2927
15309769       +Creditors Discount & Audit,    P.O. Box 213,    415 Main St.,    Streator, IL 61364-2927
15309771        Creditors Interchange,    P.O. Box 2270,    Buffalo, NY 14240-2270
15309773       +Diversified Credit Services,    900 South Highway Suite 210,    Fenton, MO 63026-2042
15309776        EPMG of Illinois, S.C.,    P.O. Box 95968,    Oklahoma City, OK 73143-5968
15309777       +Financial Recovery Services,    802 N. Clinton St., Suite B,    Bloomington, IL 61701-3299
15309778        First National Credit Card,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
15309779       +G C Services,    Acct No xxxxxx0245,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
15309780       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
15309782       +Heller and Frisone, LTD,    33 North LaSalle Street,    Suite 1200,    Chicago, IL 60602-2866
15309783       +Hooked on Phonics,    1407 Fleet St.,    Baltimore, MD 21231-2820
15309784       +In The Swim,    320 Industrial Drive,    West Chicago, IL 60185-1876
15309785       +John Misheuski,    8721 W. 170th St.,    Orland Park, IL 60462-5733
15309786       +Law Offices of Mitchell N. Kay, P.C,    7 Penn Plaza,    New York, NY 10001-3967
15309787       +Linday A. Parkhurst,    Acct No xx-D-127,    Attorney for Judgment Creditor,
                 1 Dearborn square, Suite 320,    Kankakee, IL 60901-3957
15309792       +MRSI,    2200 E Devon Ave Ste 288,    Des Plaines, IL 60018-4501
15309788       +Malcolm S. Gerald & Associates,    Acct No 5767,    Re: HSBC Card Services,
                 332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
15309789       +Malibu Pilates,    95 Old Shoals Road, Dept. C,    Arden, NC 28704-9401
15309790       +Michael J. Athans, Ph.D. & Assoc.,    32 Main Street,    Park Ridge, IL 60068-4060
15309791       +Monco Law Offices, S.C.,    P.O. Box 1641,    Brookfield, WI 53008-1641
15309793        Municipal Collection Services, Inc,    PO Box 666,    Lansing, IL 60438-0666
15309794       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
15309795       +Nationwide Credit & Collection,    9919 Roosevelt Rd.,    Westchester, IL 60154-2774
15309799       +New Orland Park Currency Exchange,    15010 S. LaGrange Road,    Orland Park, IL 60462-3233
15309802        Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
15309803       +OakLawn Radiology Imaging,    Consultants,    37241 Eagle Way,    Chicago, IL 60678-1372
15309809      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
15309804       +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
15309806        Penn Credit Corporation,    P.O. Box 988,    Harrisburg, PA 17108-0988
15309807        Peoples Energy,    Special Projects (Bankruptcy),    130 East Randolph Street,
                 Chicago, IL 60601-6207
15309808       +Physician Billing Service,    P.O. Box 781,    Kankakee, IL 60901-0781
15309817       +RJM Acquisitions Funding LLC,    575 Underhill Boulevard, Suite 224,    Syosset, NY 11791-4437
15309819       +ROL Youth Foundation,    8500 W. 191st St.,    Mokena, IL 60448-8736
15309810       +Receivable Management,    3348 Ridge Road,    Lansing, IL 60438-3112
15309815       +Riverside Community Health Center,    P.O. Box 781,    Kankakee, IL 60901-0781
15309818        Robert McElroy,    1801 S. Crescent,    Park Ridge, IL 60068
15309820        Rush University Medical Center,    P.O. Box 4075,    Carol Stream, IL 60197-4075
15309821        Rush University Medical Group,    75 Remittance Drive, Dept. 1611,    Chicago, IL 60675-1611
15309822        Rush University Medical Group,    75 Remittance Drive, Dept. 6379,    Chicago, IL 60675-1611
15309825       +Shaffer & Associates,    101 South 5th St., Suite 100,    Columbia, MO 65201-4216
15309826        Sterling & King, Inc.,    P.O. Box 300639,    Fern Park, FL 32730-0639
15309827        Suburban Ear Nose & Throat Spclsts,    P.O. Box 3173,    Carol Stream, IL 60132-3173
15309828        Sunrise Credit Services, Inc.,    260 Airport Plaza,    P.O. Box 9100,
                 Farmingdale, NY 11735-9100
15309830        Target National Bank,    C/O Target Credit Services,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
```

```
District/off: 0752-1           User: adragonet              Page 2 of 3                   Date Rcvd: Jun 11, 2015
                               Form ID: pdf006              Total Noticed: 94

15309831       +Tek Ciollect,    P.O. Box 1269,    Columbus, OH 43216-1269
15309832       +The Payday Loan Store of Illinois,     177 W. Lake St..,    Chicago, IL 60601-3101
15309833       +Transworld Systems Inc,    25 Northwest Pt Blvd, Suite 750,     Elk Grove Village, IL 60007-1058
15309835       +Trustmark Recovery Services,     541 Otis Bowen Drive,    Munster, IN 46321-4158
15309836       +U.S. Department of Veterans Affairs,     P.O. Box 1930,    Saint Paul, MN 55101
15309837        Universal Fidelity LP,    POB 941911,    Houston, TX 77094-8911
15309838       +Village of Orland Park,    Traffic Compliance Administrator,     15100 S. Ravinia Avenure,
                 Orland Park, IL 60462-3745
15309839       +Village of Worth,    Receivable Management,    3348 Ridge Rd,    Lansing, IL 60438-3112
15309840       +West Asset Management,    2703 N. Highway 75,    Sherman, TX 75090-2567
15309841       +West Asset Management, Inc.,     PO Box 105646,    Atlanta, GA 30348-5646
15309843       +Women's Group of Northwestern,     Acct No xx9572,    75 Remittance Dr #1703,
                 Chicago, IL 60675-1703
15309844        Yatin Shah, M.D., S.C.,    34609 Eagle Way,    Chicago, IL 60678-1346
20847884        eCAST Settlement Corporation, assignee,     of HSBC Bank Nevada and its Assigns,     POB 35480,
                 Newark, NJ 07193-5480
15337110        eCast Settlement Corp.,    P O Box 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15309751        E-mail/Text: g17768@att.com Jun 12 2015 00:43:58      AT&T,    Attn: Bankruptcy,    P.O. Box 769,
                 Arlington, TX 76004-0769
15447224       +E-mail/Text: bnc@atlasacq.com Jun 12 2015 00:44:00      Atlas Acquisitions LLC,     294 Union St.,
                 Hackensack, NJ 07601-4303
15309755        E-mail/Text: don@regionalrecoveryservice.com Jun 12 2015 00:45:18       CBUSA, Inc.,
                 P.O. Box 8000,    Hammond, IN 46325-8000
15822261       +E-mail/Text: legalcollections@comed.com Jun 12 2015 00:45:43       Commonwealth Edison Company,
                 3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section,     Oakbrook Terrace, IL 60181-4204
15309763       ##E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 12 2015 00:45:57
                 Credit Collection Services,    Two Wells Avenue, Dept. 9133,     Newton, MA 02459-3225
15309762       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 12 2015 00:45:57
                 Credit Collection Services,    Two Wells Avenue, Dept. 9134,     Newton, MA 02459-3225
15309766        E-mail/Text: clerical.department@yahoo.com Jun 12 2015 00:43:55       Creditors Collection,
                 P.O. Box 63,    Kankakee, IL 60901-0063
15309772       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 12 2015 00:45:31
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
15309774       +E-mail/Text: bknotice@erccollections.com Jun 12 2015 00:44:54       Enhanced Recovery Corp.,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
15309775       +E-mail/Text: bankruptcy@ersinc.com Jun 12 2015 00:45:25       Enterprise Recovery Systems Inc,
                 2400 S. Wolf Road, Suite 200,    Westchester, IL 60154-5625
15309781       +E-mail/Text: bkynotice@harvardcollect.com Jun 12 2015 00:46:03       Harvard Collection Services,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
15309798       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 12 2015 00:45:02
                 NCO Financial Systems, Inc.,    507 Prudential Rd,     Horsham, PA 19044-2368
21091552       +E-mail/Text: bankrup@aglresources.com Jun 12 2015 00:43:47       Nicor Gas,    Po box 549,
                 Aurora il 60507-0549
15309800        E-mail/Text: bankrup@aglresources.com Jun 12 2015 00:43:46       Nicor Gas,
                 Acct No xx-xx-xx-x372 6,    Attn: bankruptcy & collections,     Box 549,   Aurora, IL 60507-0549
15309813       +E-mail/Text: bkrpt@retrievalmasters.com Jun 12 2015 00:44:47       Retrieval Masters,
                 2269 South Saw Mill River,    Elmsford, NY 10523-3832
15309814       +E-mail/Text: bkrpt@retrievalmasters.com Jun 12 2015 00:44:47
                 Retrieval Masters Creditors Bureau,    2269 South Saw Mill River,     Elmsford, NY 10523-3832
15309834        E-mail/Text: crwkflw@firstdata.com Jun 12 2015 00:45:26       TRS  Recovery Services Inc,
                 P.O. Box 60012,    City Of Industry, CA 91716-0012
15309756       +E-mail/Text: contact@csicollects.com Jun 12 2015 00:46:02       The Women's Group of Northwestern,
                 c/o Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
15309842       +E-mail/Text: studentaccounts@wgu.edu Jun 12 2015 00:45:48       Western Governors University,
                 4001 South 700 East,    Suite 700,    Salt Lake City, UT 84107-2533
                                                                                                TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15309745*      +Allied Interstate Collection Agency,    3000 Corporate Exchange Drive,    5th Floor,
                 Columbus, OH 43231-7723
15309747*       Americas Recovery Network,    P.O. Box 176610,    Covington, KY 41017-6610
15309748*       Americas Recovery Network,    P.O. Box 176610,    Covington, KY 41017-6610
15309749*       Americas Recovery Network,    P.O. Box 176610,    Covington, KY 41017-6610
15309767*       Creditors Collection,    P.O. Box 63,    Kankakee, IL 60901-0063
15309796*      +Nationwide Credit & Collection,    9919 Roosevelt Rd.,     Westchester, IL 60154-2774
15309797*      +Nationwide Credit & Collection, Inc,    9919 Roosevelt Road,    Westchester, IL 60154-2774
15309805*      +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
15309811*      +Receivable Management,    3348 Ridge Road,    Lansing, IL 60438-3112
15309812*      +Receivable Management,    3348 Ridge Road,    Lansing, IL 60438-3112
15309816*      +Riverside Community Health Center,    P.O. Box 781,    Kankakee, IL 60901-0781
15309823*       Rush University Medical Group,    75 Remittance Drive, Dept. 1611,    Chicago, IL 60675-1611
15309757      ##+Chadwicks of Boston,    P.O. Box 4400,    Taunton, MA 02780-0318
15309761      ##+Contract Callers Inc.,    Acct No xxxxxx9029,    1058 Claussen Rd, Ste 110,
                 Augusta, GA 30907-0301
15309770      ##+Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
15309801      ##+North Shore Agency, Inc.,    270 Spagnoli Road,    Suite 111,    Melville, NY 11747-3515
15309824      ##+Sanija Bajramovic, M.D., S.C.,    P.O. Box 388320,    Chicago, IL 60638-8320
15309829       ##Take Care Health Illinois,    Suite 101,    4165 30th Avenue South,    Fargo, ND 58104-8419
```

```
District/off: 0752-1          User: adragonet            Page 3 of 3               Date Rcvd: Jun 11, 2015
                              Form ID: pdf006            Total Noticed: 94
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
                                                                              TOTALS: 0, * 12, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2015 at the address(es) listed below:
```
              Carl   Flaningam    on behalf of Debtor Gina M. Amadei cflan@lafchicago.org,   lafbknotices@gmail.com
              Carl   Flaningam    on behalf of Joint Debtor Anthony J Amadei cflan@lafchicago.org,
               lafbknotices@gmail.com
              Jason N Knapp    on behalf of Trustee Ronald R Peterson jknapp@jenner.com
              Jeffrey C Dan    on behalf of Interested Party    Waste Management of Illinois, Inc.
               jdan@craneheyman.com,   gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com
              Margaret M Anderson    on behalf of Joint Debtor Anthony J Amadei panderson@fslc.com,
               cjelks@fslc.com;abouse@fslc.com;bkdocket@fslc.com
              Margaret M Anderson    on behalf of Debtor Gina M. Amadei panderson@fslc.com,
               cjelks@fslc.com;abouse@fslc.com;bkdocket@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald   Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Ryan T Schultz    on behalf of Joint Debtor Anthony J Amadei rschultz@fslc.com,   bkdocket@fslc.com,
               abouse@fslc.com
              Ryan T Schultz    on behalf of Debtor Gina M. Amadei rschultz@fslc.com,   bkdocket@fslc.com,
               abouse@fslc.com
                                                                                             TOTAL: 12
```