# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GINA M. AMADEI AND ANTHONY J. AMADEI, | ) ) ) | CASE NO. 10-12855 |
| | ) | The Honorable Pamela S. Hollis, |
| Debtors. | ) | Presiding |

## **NOTICE OF FILING**

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on December 20, 2016, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, the **Trustee's Report of Deposit of Unclaimed Property**, a copy of which is attached hereto and hereby served upon you.

                */s/ Ronald R. Peterson*
                Ronald R. Peterson, Trustee of the Chapter 7
                Estate of Gina M. Amadei and Anthony J. Amadei

Ronald R. Peterson (02188473)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

Dated:  December 20, 2016

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, certify that on Tuesday, December 20, 2016, I caused a copy of the foregoing **Trustee's Report of Deposit of Unclaimed Property** to be served upon the following party by the Court's CM/ECF system:

**By ECF Notification:**

- **Patrick S. Layng**, USTPRegion11.ES.ECF@usdoj.gov

          */s/ Ronald R. Peterson*
          Ronald R. Peterson

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GINA M. AMADEI AND ANTHONY J. AMADEI, | ) ) ) | CASE NO. 10-12855 |
| | ) | Honorable Pamela S. Hollis, |
| Debtors. | ) | Presiding |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

Ronald R. Peterson, Trustee ("Trustee"), pursuant to 11 U.S.C. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of the Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On March 24, 2010, the Debtors filed their chapter 7 petition. The Trustee was subsequently appointed and qualified and continues to serve as Trustee in this case.

2. On July 15, 2015, the Trustee sent distribution checks via First Class U.S. mail to the creditors listed on the attached Exhibit "A".

3. The distribution checks for these creditors were not cashed, and after all reasonable attempts to locate these creditors with no success, on March 25, 2016, the Trustee stopped payment on these distribution checks.

4. Pursuant to section 347 of the Bankruptcy Code, the Trustee has issued a check in the amount of these unclaimed funds and deposited the check with the Clerk of the Bankruptcy Court.

Respectfully submitted,

*/s/ Ronald R. Peterson*
Ronald R. Peterson, Trustee of the Chapter 7
Estate of Gina M. Amadei and Anthony J. Amadei

Ronald R. Peterson (02188473)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:   (312) 923-2981
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

Dated:  December 20, 2016

**EXHIBIT A**

*In re Gina M. Amadei and Anthony J. Amadei*

Case No. 10-12855

**Unclaimed Funds Report**

| Date | Transaction | Name | Address | Disbursement | Posted |
|---|---|---|---|---|---|
| 3/25/16 8:09 PM | Check Reversal #30019 | ALLIED INTERSTATE COLLECTION AGENCY | 3000 Corporate Exchange Drive, 5th Floor, Columbus. OH 53231 | ($822.41) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30020 | ALLIED INTERSTATE COLLECTION AGENCY | 3000 Corporate Exchange Drive, 5th Floor, Columbus. OH 53231 | ($927.62) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30021 | AMERICAS RECOVERY NETWORK | P.O. Box 176610, Covington, KY  41017-4610 | ($233.95) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30022 | AMERICAS RECOVERY NETWORK | P.O. Box 176610, Covington, KY  41017-4610 | ($177.76) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30023 | AMERICAS RECOVERY NETWORK | P.O. Box 176610, Covington, KY  41017-4610 | ($100.12) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30024 | AMERICAS RECOVERY NETWORK | P.O. Box 176610, Covington, KY  41017-4610 | ($167.55) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30027 | B.C.C. | 29 E. Madison St., Suite 1650, Chicago, IL  60602 | ($174.33) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30030 | CHADWICKS OF BOSTON | P.O. Box 4400, Taunton, MA  02780-7359 | ($362.65) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30032 | COLLECTION RECOVERY BUREAU | 5834 Nibrie St., Suite A-142, Sylvania, OH  43560 | ($121.57) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30033 | COLLECTION SYSTEMS INC. | 8 S. Michigan, Ste. 6, Chicago, IL  60603 | ($344.29) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30035 | CREDIT COLLECTION SERVICES | Two Wells Avenue, Dept. 9133, Newton, MA  02459 | ($102.14) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30036 | CREDIT MANAGEMENT.LP | 4200 International Parkway, Carrollton, TX  75007-1912 | ($429.34) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30042 | CREDITORS INTERCHANGE | 80 Holtz Drive, Buffalo, NY  14225 | ($1,640.13) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30043 | CREDITORS INTERCHANGE | P.O. Box 2270, Buffalo, NY  14240-2270 | ($439.48) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30046 | ENHANCED RECOVERY CORP. | 8014 Bayberry Road, Jacksonville, FL  32256 | ($831.60) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30051 | G C SERVICES | Acct No. xxxxx0245, Collection Agency Division, 6330 Gulfton, Houston, TX  77081 | ($1,010.39) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30052 | GC SERVICES LIMITED PARTNERSHIP | 6330 Gulfton, Houston, TX  77081 | ($2,756.23) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30053 | HARVARD COLLECTION SERVICES | 4839 S. Elston Ave., Chicago, IL  60630-2534 | ($573.23) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30055 | HOOKED ON PHONICS | 1407 Fleet St., Baltimore, MD  21231 | ($261.89) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30057 | JOHN MISHEUSKI | 8721 W. 170th St., Orland Park, IL  60462 | ($1,730.63) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30058 | LAW OFFICES OF MITCHELL N. KAY, P.C | Law Offices of Mitchell N. Kay, P.C., 7 Penn Plaza, New York, NY 10001 | ($315.73) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30062 | MRSI | 2200 E. Devon Ave., Suite 288, Des Plaines, IL  60018 | ($230.89) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30063 | MUNICIPAL COLLECTION SERVICES, INC | PO Box 666, Lansing, IL  60438-0666 | ($255.41) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30064 | NATIONAL RECOVERY AGENCY | 2491 Paxton St., Harrisburg, PA 17111 | ($371.87) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30065 | NATIONWIDE CREDIT & COLLECTION | 9919 Roosevelt Rd., Westchester, IL  60154 | ($862.51) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30066 | NATIONWIDE CREDIT & COLLECTION | 9919 Roosevelt Rd., Westchester, IL  60154 | ($164.89) | 3/25/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/16 8:09 PM | Check Reversal #30067 | NATIONWIDE CREDIT & COLLECTION, INC | 9919 Roosevelt Road, Westchester, IL  60154 | ($289.50) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30075 | PENN CREDIT CORPORATION | P.O. Box 988, Harrisburg, PA  17108-0988 | ($106.85) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30079 | RECEIVABLE MANAGEMENT | 3348 Ridge Road, Lansing, IL  60438 | ($153.24) | 3/25/2016 |
| 3/25/16 8:09 PM | Check Reversal #30080 | RECEIVABLE MANAGEMENT | 3348 Ridge Road, Lansing, IL  60438 | ($255.41) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30081 | RECEIVABLE MANAGEMENT | 3348 Ridge Road, Lansing, IL  60438 | ($2,554.06) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30082 | RETRIEVAL MASTERS | 2269 South Saw Mill River, Elmsford, NY  10523 | ($16.32) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30083 | RETRIEVAL MASTERS CREDITORS BUREAU | 2269 South Saw Mill River, Elmsford, NY  10523 | ($20.42) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30091 | SANIJA BAJRAMOVIC, M.D., S.C. | P.O. Box 388320, Chicago, IL  60638-8330 | ($51.08) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30093 | STERLING & KING, INC. | P.O. Box 300639, Fern Park, IL  32730-0639 | ($582.02) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30096 | TAKE CARE HEALTH ILLINOIS | Suite 101, 4165 30th Avenue South, Fargo, ND  58104-8419 | ($69.47) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30099 | THE PAYDAY LOAN STORE OF ILLINOIS | 177 W. Lake St., Chicago, IL  60601 | ($408.65) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30100 | TRANSWORLD SYSTEMS INC | 25 Northwest Pt. Blvd, Suite 750, Elk Grove Village, IL 60007 | ($67.63) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30102 | TRUSTMARK RECOVERY SERVICES | 541 Otis Brown Drive, Munster, IN  46321 | ($261.54) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30104 | UNIVERSAL FIDELITY LP | POB 941911, Houston, TX  77091-8911 | ($133.12) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30108 | WEST ASSET MANAGEMENT, INC. | PO Box 105646, Atlanta, GA  31139 | ($17,377.66) | 3/25/2016 |
| 3/25/16 8:10 PM | Check Reversal #30110 | YATIN SHAH, M.D., S.C. | 34609 Eagle Way, Chicago, IL  60678-1346 | ($110.34) | 3/25/2016 |